**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated, | No. 2:24-cv-12080-LVP-KGA |
| Plaintiff, | District Judge Linda V. Parker |
| v. | Magistrate Judge Kimberly G. Altman |
| FORD MOTOR COMPANY, JAMES D. FARLEY, JR., and JOHN T. LAWLER, | |
| Defendants. | |
| ROBERT SKLODOWSKI, Individually and on Behalf of All Others Similarly Situated, | No. 2:24-cv-12492-TGB-EAS |
| Plaintiff, | District Judge Terrence G. Berg |
| v. | Magistrate Judge Elizabeth A. Stafford |
| FORD MOTOR COMPANY, JAMES D. FARLEY, JR., and JOHN T. LAWLER, | |
| Defendants. | |

**INDEX OF EXHIBITS**

EXHIBIT A:    Signed Certification of Teamsters Local 710 Pension Fund ("Teamsters 710") pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:    Loss analysis for Teamsters 710;

EXHIBIT C:    Notice of pendency of *Guzman v. Ford Motor Company,* No. 24-cv-12080-LVP-KGA (E.D. Mich.);

EXHIBIT D:    Notice of pendency of *Sklodowski v. Ford Motor Company*, No. 24-cv-12492-TGB-EAS (E.D. Mich.);

EXHIBIT E:    Firm Resume of Labaton Keller Sucharow LLP.