**Exhibit A**

## CERTIFICATION

I, Michael O'Malley, as Administrator of Teamsters Local 710 Pension Fund ("Teamsters 710"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Teamsters 710. I have reviewed a complaint filed against Ford Motor Company ("Ford") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2. Teamsters 710 did not purchase securities of Ford at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Teamsters 710 is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Teamsters 710 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Teamsters 710's transactions in Ford securities during the Class Period are reflected in Exhibit A, attached hereto;

5. Teamsters 710 sought to serve as a lead plaintiff and representative party in the following class actions under the federal securities laws filed during the last three years:

*In re Bumble Inc. Securities Litigation,* No. 1:22-cv-0624 (S.D.N.Y.)
*In re Barclays PLC Securities Litigation,* No. 1:22-cv-8172 (S.D.N.Y.)
*The Buhrke Family Revocable Trust v. U.S. Bancorp,* No. 1:22-cv-9174 (S.D.N.Y.)
*Bristol County Retirement System v. QuidelOrtho Corporation,* No. 1:24-cv-2804 (S.D.N.Y.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.,* No. 1:24-cv-0282 (D. Idaho)

6. Beyond its pro rata share of any recovery, Teamsters 710 will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ⟨24⟩ day of September, 2024.

Michael O'Malley
Administrator
Teamsters Local 710 Pension Fund

## EXHIBIT A

## TRANSACTIONS IN FORD MOTOR COMPANY SECURITIES

### Ford Motor Company Stock Transactions

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 10/28/2021 | 0.00 | | |
| Purchases | 04/25/2022 | 5,800.00 | $15.10 | ($87,568.40) |
| Purchases | 04/26/2022 | 15,300.00 | $14.87 | ($227,486.52) |
| Purchases | 04/27/2022 | 4,400.00 | $14.85 | ($65,325.04) |
| Purchases | 04/28/2022 | 6,700.00 | $14.65 | ($98,156.34) |
| Purchases | 04/29/2022 | 5,700.00 | $14.86 | ($84,709.41) |
| Purchases | 05/02/2022 | 4,700.00 | $14.05 | ($66,016.20) |
| Purchases | 05/03/2022 | 24,700.00 | $14.61 | ($360,852.18) |
| Purchases | 10/18/2022 | 6,100.00 | $12.05 | ($73,479.99) |
| Purchases | 10/19/2022 | 9,000.00 | $11.99 | ($107,869.50) |
| Purchases | 10/20/2022 | 5,800.00 | $11.93 | ($69,171.38) |
| Purchases | 10/21/2022 | 900.00 | $11.92 | ($10,723.50) |
| Purchases | 10/24/2022 | 4,200.00 | $12.40 | ($52,072.44) |
| Purchases | 10/25/2022 | 1,900.00 | $12.62 | ($23,987.12) |
| Purchases | 10/26/2022 | 1,200.00 | $12.92 | ($15,501.36) |
| Purchases | 10/28/2022 | 3,500.00 | $13.25 | ($46,374.65) |
| Purchases | 11/01/2022 | 1,600.00 | $13.27 | ($21,224.00) |
| Purchases | 11/02/2022 | 4,600.00 | $13.39 | ($61,616.08) |
| Purchases | 11/03/2022 | 3,000.00 | $13.44 | ($40,323.00) |
| Closing Balance | 07/24/2024 | 109,100.00 | | |

### Ford Motor Company Bond Transactions (4.346% Notes Due 12/08/2026)

| Transaction Type | Trade Date | Par Value | Transaction Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 10/28/2021 | $225,000.00 | | |
| Sales | 11/02/2023 | -$225,000.00 | 94.53% of Par Value | $212,697.00 |
| Closing Balance | 07/24/2024 | 0.00 | | |