# Exhibit B

**LOSS ANALYSIS**

**Class Period:  10/28/2021 – 07/24/2024**

**Ford Motor Company**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| F | 345370860 | US3453708600 | 2615468 | $10.6513 |

**Teamsters Local 710 Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 10/28/21 | 0 | | |
| Purchases | 04/25/22 | 5,800 | $15.0980 | ($87,568.40) |
| Purchases | 04/26/22 | 15,300 | $14.8684 | ($227,486.52) |
| Purchases | 04/27/22 | 4,400 | $14.8466 | ($65,325.04) |
| Purchases | 04/28/22 | 6,700 | $14.6502 | ($98,156.34) |
| Purchases | 04/29/22 | 5,700 | $14.8613 | ($84,709.41) |
| Purchases | 05/02/22 | 4,700 | $14.0460 | ($66,016.20) |
| Purchases | 05/03/22 | 24,700 | $14.6094 | ($360,852.18) |
| Purchases | 10/18/22 | 6,100 | $12.0459 | ($73,479.99) |
| Purchases | 10/19/22 | 9,000 | $11.9855 | ($107,869.50) |
| Purchases | 10/20/22 | 5,800 | $11.9261 | ($69,171.38) |
| Purchases | 10/21/22 | 900 | $11.9150 | ($10,723.50) |
| Purchases | 10/24/22 | 4,200 | $12.3982 | ($52,072.44) |
| Purchases | 10/25/22 | 1,900 | $12.6248 | ($23,987.12) |
| Purchases | 10/26/22 | 1,200 | $12.9178 | ($15,501.36) |
| Purchases | 10/28/22 | 3,500 | $13.2499 | ($46,374.65) |
| Purchases | 11/01/22 | 1,600 | $13.2650 | ($21,224.00) |
| Purchases | 11/02/22 | 4,600 | $13.3948 | ($61,616.08) |
| Purchases | 11/03/22 | 3,000 | $13.4410 | ($40,323.00) |
| *Class Period purchases:* | | **109,100** | | **($1,512,457.11)** |
| Sales | | 0 | | $0.00 |
| *Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| | Shares Held: | 109,100 | $10.6513 | $1,162,056.83 |
| | | | **LIFO Gain/(Loss):** | **($350,400.28)** |
| | | | Total Shares Bought: | 109,100 |
| | | | Total Net Shares: | 109,100 |
| | | | Total Net Expenditures: | ($1,512,457.11) |

[1] *Value of shares held is the mean trading price from 07/25/2024 to 10/07/2024.*

**LOSS ANALYSIS**

**Class Period:  10/28/2021 – 07/24/2024**

**Ford Motor Company**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| F 4.346% 12/08/2026 | 345370CR9 | US345370CR99 | BYPL1T1 | $98.8126 |

**Teamsters Local 710 Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Par Value | Transaction Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 10/28/21 | 225,000 | | |
| Sales | 11/02/23 | (225,000) | 94.53% of Par Value | $212,697.00 |
| *Class Period sales that match to pre-Class Period purchases:* | | **-225,000** | | **$212,697.00** |
| Purchases | | 0 | | $0.00 |
| *Class Period purchases:* | | **0** | | **$0.00** |
| | | | | $0.00 |
| Sales | | 0 | | |
| *Class Period sales that match to Class Period purchases:* | | **0** | | **$0.00** |
| Bonds Held: | | 0 | $98.8126 | $0.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **$0.00** |

| | |
|---|---|
| Total Bonds Bought: | 0 |
| Total Net Bonds: | -225,000 |
| Total Net Expenditures: | $212,697.00 |

| | |
|---|---|
| **AGGREGATE (ALL SECURITIES) TOTAL LIFO (LOSS):** | **($350,400.28)** |

[1] *Value of bonds held is the mean trading price from 07/25/2024 to 10/7/2024.*