**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

FORD MOTOR COMPANY, JAMES D. FARLEY, JR., and JOHN T. LAWLER,

      Defendants.

Case No.: 2:24-cv-12080-LVP-KGA

Hon. Linda V. Parker
Mag. Judge Kimberly G. Altman

**INDEX OF EXHIBITS IN SUPPORT OF RONALD A. FERRANTE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

**Exhibit A**: PSLRA Certification signed by Ronald A. Ferrante ("Movant") attesting to his transactions of Ford Motor Company ("Ford" or the "Company") securities;

**Exhibit B**: Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Ford securities;

**Exhibit C**: Press Release published August 8, 2024, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Guzman v. Ford Motor Company, et. al.,* Case No. 2:24-cv-12080-LVP-KGA;

**Exhibit D**: Declaration signed by Movant in support if his lead plaintiff motion; and

**Exhibit E**: Firm Résumé of proposed Lead Counsel Levi & Korsinsky, LLP and of proposed Liaison Counsel Shea Law, PLLC for the Class.

**Exhibit F**: Proposed Order Granting Motion of Ronald A. Ferrante for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

Dated: October 7, 2024          Respectfully Submitted,

**SHEA LAW, PLLC**

*/s/ David J. Shea*
David J. Shea (P41399)
Ashley D. Shea (P82471)
26100 American Drive, 2nd Floor
Southfield, MI 48034
(248) 354-0224
david.shea@shealaw.com
ashley.shea@shealaw.com

*Liaison Counsel for Movant and*
*[Proposed] Liaison Counsel for the*
*Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
(*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Movant and*
*[Proposed] Lead Counsel for the Class*