# EXHIBIT A

Case 2:24-cv-12080-LVP-KGA   ECF No. 15-2, PageID.323   Filed 10/07/24   Page 2 of 3

F CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud...

**News**Room

8/8/24 Bus. Wire 22:07:00

Business Wire
Copyright (c) 2024 Business Wire

August 8, 2024

F CLASS ACTION NOTICE: Glancy Prongay & Murray LLP
Files Securities Fraud Lawsuit Against Ford Motor Company

LOS ANGELES

LOS ANGELES--(BUSINESS WIRE)--August 8, 2024-- Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Eastern District of Michigan, captioned Guzman v. Ford Motor Company, et al., Case No. 2:24-cv-12080-LVP-KGA, on behalf of persons and entities that purchased or otherwise acquired Ford Motor Company ("Ford" or the "Company") (NYSE: F ) securities between April 27, 2022 and July 24, 2024 , inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have 60 days from the date of this notice to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Ford investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/Ford-Motor-Company-1/ . You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On July 24, 2024, after the market closed, Ford announced second quarter 2024 financial results, revealing that the Company's "[p]rofitability was affected by an increase in warranty reserves" and "higher warranty costs." As a result, the Company also revised its outlook for full year earnings for its electric vehicle segment to "reflect[] higher warranty costs than originally planned." Analysts and journalists, including The Associated Press and The Washington Post , reported that, in the second quarter, warranty and recall costs totaled $2.3 billion, $800 million more than the first quarter and $700 million more than a year prior.

On this news, the Company's share price fell $2.51, or 18.36%, to close at $11.16 per share on July 25, 2024, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company had deficiencies in its quality assurance of vehicle models since 2022; (2) that, as a result, the Company was experiencing higher warranty costs; (3) that the Company's warranty reserves did not accurately reflect the quality issues in vehicles sold since 2022; (4) that, as a result, the Company's profitability was reasonably likely to suffer; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

Case 2:24-cv-12080-LVP-KGA ECF No. 15-2, PageID.324 Filed 10/07/24 Page 3 of 3

F CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud...

Follow us for updates on LinkedIn , Twitter , or Facebook .

If you purchased or otherwise acquired Ford securities during the Class Period, you may move the Court no later than 60 days from the date of this notice to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com , or visit our website at www.glancylaw.com . If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

&

View source version on businesswire.com: https://www.businesswire.com/news/home/20240808002248/en/

Glancy Prongay & Murray LLP, Los Angeles Charles H. Linehan, 310-201-9150 or 888-773-9224 1925 Century Park East, Suite 2100 Los Angeles, CA 90067 www.glancylaw.comshareholders@glancylaw.com

State Keywords: California
Industry Keywords: Class Action Lawsuit; Professional Services; Legal
Source: Glancy Prongay & Murray LLP

---- Index References ----

Company: THE ASSOCIATED PRESS; FORD MOTOR COMPANY; GLANCY PRONGAY & MURRAY LLP; WP COMPANY LLC; United States District Court of Arizona

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Class Actions (1CL03); Consumer Protection (1CO43); Corporate & Business Law (1XO58); Corporate Events (1CR05); Corporate Financial Data (1XO59); Corporate Performance (1XO12); Financial Earnings Releases (1FI86); Funding Instruments (1FU41); Legal (1LE33); Securities Law (1SE59))

Industry: (Financial Services (1FI37); Investment Management (1IN34); Press Releases (1PR19); Securities Investment (1SE57))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (The Associated Press; Ford Motor Company; Glancy Prongay & Murray LLP; The Washington Post; United States District Court) (North America; United States; California)

Keywords: Class Action Lawsuit; Professional Services; Legal; CaliforniaLawsuit

Ticker Symbol: NYSE:F

Word Count: 664