# EXHIBIT C

Class Period: 10/28/2021 - 07/24/2024

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Crippen, Clark D.** | 01/13/2022 | 300 | $24.14 | $7,241.54 | held | 67,546 | $10.65 | $719,669.52 | |
| | 01/13/2022 | 15,805 | $24.29 | $383,839.01 | | | | | |
| | 01/13/2022 | 20,000 | $24.29 | $485,718.46 | | | | | |
| | 01/13/2022 | 20,000 | $24.25 | $484,957.45 | | | | | |
| | 01/13/2022 | 600 | $24.14 | $14,485.37 | | | | | |
| | 01/13/2022 | 4,144 | $24.14 | $100,046.40 | | | | | |
| | 01/13/2022 | 4,195 | $24.28 | $101,859.49 | | | | | |
| | 01/26/2022 | 2,002 | $19.23 | $38,507.83 | | | | | |
| | 04/26/2022 | 500 | $14.41 | $7,204.92 | | | | | |
| **Movant's Total** | | **67,546** | | **$1,623,860.48** | | **67,546** | | **$719,669.52** | **($904,190.96)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $10.65 as of October 04, 2024 for common stock.

*Adjustment factor of 0.95127 applied to all transctions (prices) to reflect the 02/10/2023 special cash dividend.

Prices listed are rounded up to two decimal places.