VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD (P46787)
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

Local Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | Civ. No. 2:24-cv-12080-LVP-KGA <br><br> <u>CLASS ACTION</u> |
| ROBERT SKLODOWSKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | Civ. No. 2:24-cv-12492-TGB-EAS <br><br> <u>CLASS ACTION</u> |

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS,
APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD
COUNSEL

4858-9389-2332.v1

Having considered Clark D. Crippen's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and for Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Guzman v. Ford Motor Company*, No. 2:24-cv-12080, and *Sklodowski v. Ford Motor Company*, No. 2:24-cv-12492 are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re FORD MOTOR COMPANY SECURITIES LITIGATION | ) ) ) ) | Master File No. 2:24-cv-12080 |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

(a)     The file in Case No. 2:24-cv-12080 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other cases.  When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for

- 1 -

4858-9389-2332.v1

each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b) All securities class actions arising out of the same facts and claims on behalf of purchasers of Ford Motor Company securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel;

(c) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Clark D. Crippen is appointed as Lead Plaintiff for the class; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) the briefing and argument of any and all motions;

- 2 -

4858-9389-2332.v1

(b)     the conduct of any and all discovery proceedings including depositions;

(c)     settlement negotiations;

(d)     the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)     the preparation and filing of all pleadings; and

(f)     the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

5.     Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

IT IS SO ORDERED.

DATED:  _____     _____
                                                    THE HONORABLE LINDA V. PARKER
                                                    UNITED STATES DISTRICT JUDGE

- 3 -

4858-9389-2332.v1