**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>FORD MOTOR COMPANY, JAMES D. FARLEY, JR., and JOHN T. LAWLER,<br><br>                              Defendants. | Case No. 2:24-cv-12080-LVP-KGA<br><br>Judge Linda V. Parker<br><br>CLASS ACTION<br><br>**INDEX OF EXHIBITS IN SUPPORT OF MOVANT MICHAEL M. PRESS'S MOTION FOR: FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |
| ROBERT SKLODOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>FORD MOTOR COMPANY, JAMES D. FARLEY, JR., and JOHN T. LAWLER,<br><br>                              Defendants. | Case No. 2:24-cv-12492-TGB-EAS<br><br>Judge Terrence G. Berg<br><br>CLASS ACTION |

Attached are true and correct copies of the following:

Exhibit A:   Notice published on August 8, 2024, in *Business Wire*;

Exhibit B:   Notice published on September 23, 2024, in *Business Wire*;

Exhibit C:   Movant's Certifications;

Exhibit D:   Movant's Loss Chart;

Exhibit E:   Movant's Declaration;

Exhibit F:   Scott+Scott's firm résumé; and

Exhibit G:   SLF's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  October 7, 2024          Respectfully Submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Geoffrey M. Johnson*
Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Clevland Heights, OH 44116
Telephone: 216-229-6088
Facsimile:  216-229-6092
gjohnson@scott-scott.com

Thomas L. Laughlin, IV (*Pro hac vice* forthcoming)
Matthew A. Peller (*Pro hac vice* forthcoming)
Rhiana Swartz (*Pro hac vice* forthcoming)
Nicholas S. Bruno (*Pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-233-6444
Facsimile:  212-233-6334
tlaughlin@scott-scott.com
mpeller@scott-scott.com

1

rswartz@scott-scott.com
nbruno@scott-scott.com

**THE SCHALL LAW FIRM**
Brian J. Schall (*Pro hac vice* forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile:  310-388-0192
brian@schallfirm.com

*Counsel for Lead Plaintiff Movant Michael M. Press and Proposed Co-Lead Counsel for the Class*

**WEITZ & LUXENBERG P.C.**
Paul F. Novak (MI Bar P39524)
Fisher Building
3011 West Grand Blvd, 24th Floor
Detroit, MI 48202
Telephone: 313-800-4170
Facsimile: 646-293-7992
pnovak@weitzlux.com

*Local Counsel for Lead Plaintiff Movant Michael M. Press and Proposed Co-Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of October 2024 at Clevland Heights, Ohio.

SCOTT+SCOTT ATTORNEYS AT LAW LLP

/s/ *Geoffrey M. Johnson*
Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Clevland Heights, OH 44116
Telephone: 216-229-6088
Facsimile:  216-229-6092
gjohnson@scott-scott.com

3