# EXHIBIT D

**LOSS ANALYSIS**

**Class Period: 10/28/2021 to 07/24/2024**

**FORD MOTOR CO**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| F | 345370860 | 2615468 | US3453708600 | $10.65135 | * |

**MICHAEL PRESS**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 4/28/2022 | 1,000 | $14.62 | -$14,620.00 |
| Purchase | 4/29/2022 | 1,000 | $14.69 | -$14,690.00 |
| Purchase | 5/20/2022 | 300 | $12.15 | -$3,645.00 |
| Purchase | 6/1/2022 | 600 | $13.47 | -$8,082.00 |
| Purchase | 6/2/2022 | 200 | $13.87 | -$2,774.00 |
| Purchase | 6/10/2022 | 300 | $12.89 | -$3,867.00 |
| Purchase | 6/13/2022 | 600 | $12.30 | -$7,380.00 |
| Purchase | 6/24/2022 | 100 | $12.04 | -$1,204.00 |
| Purchase | 9/1/2022 | 238 | $15.06 | -$3,584.28 |
| Purchase | 9/1/2022 | 313 | $15.07 | -$4,716.91 |
| Purchase | 9/1/2022 | 149 | $15.05 | -$2,242.45 |
| Purchase | 9/1/2022 | 700 | $14.92 | -$10,444.00 |
| Purchase | 9/12/2022 | 750 | $15.55 | -$11,662.50 |
| Purchase | 2/2/2023 | 2,500 | $13.37 | -$33,425.00 |
| Purchase | 2/3/2023 | 850 | $13.20 | -$11,220.00 |
| Purchase | 5/22/2023 | 1,500 | $11.73 | -$17,595.00 |
| Purchase | 5/25/2023 | 2,000 | $11.37 | -$22,740.00 |
| Purchase | 5/26/2023 | 1,500 | $11.72 | -$17,580.00 |
| Purchase | 5/26/2023 | 5,000 | $11.95 | -$59,750.00 |
| Purchase | 5/31/2023 | 2,000 | $11.99 | -$23,980.00 |
| Purchase | 5/31/2023 | 3,000 | $11.99 | -$35,970.00 |
| Purchase | 6/1/2023 | 700 | $12.08 | -$8,456.00 |
| Purchase | 6/1/2023 | 800 | $12.08 | -$9,664.00 |
| Purchase | 6/1/2023 | 1,000 | $12.08 | -$12,080.00 |
| Purchase | 6/1/2023 | 2,500 | $12.08 | -$30,200.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 6/1/2023 | 5,000 | $12.07 | -$60,350.00 |
| Purchase | 6/1/2023 | 5,000 | $12.16 | -$60,800.00 |
| Purchase | 6/1/2023 | 1,400 | $12.17 | -$17,038.00 |
| Purchase | 6/1/2023 | 3,600 | $12.17 | -$43,812.00 |
| Purchase | 6/5/2023 | 1,000 | $12.53 | -$12,530.00 |
| Purchase | 6/5/2023 | 1,000 | $12.55 | -$12,550.00 |
| Purchase | 6/5/2023 | 1,000 | $12.58 | -$12,580.00 |
| Purchase | 6/5/2023 | 1,000 | $12.58 | -$12,580.00 |
| Purchase | 6/5/2023 | 1,000 | $12.61 | -$12,610.00 |
| Purchase | 6/5/2023 | 2,000 | $12.62 | -$25,240.00 |
| Purchase | 6/6/2023 | 3,000 | $12.52 | -$37,560.00 |
| Purchase | 6/8/2023 | 1,000 | $13.52 | -$13,520.00 |
| Purchase | 6/8/2023 | 1,000 | $13.54 | -$13,540.00 |
| Purchase | 6/8/2023 | 1,000 | $13.54 | -$13,540.00 |
| Purchase | 6/9/2023 | 400 | $13.96 | -$5,584.00 |
| Purchase | 6/9/2023 | 600 | $13.96 | -$8,376.00 |
| Purchase | 6/9/2023 | 1,000 | $14.00 | -$14,000.00 |
| Purchase | 10/27/2023 | 0.154 | $10.38 | -$1.60 |
| Purchase | 10/27/2023 | 0.460 | $10.39 | -$4.78 |
| Purchase | 10/27/2023 | 0.502 | $10.37 | -$5.21 |
| Purchase | 10/27/2023 | 0.895 | $10.37 | -$9.28 |
| Purchase | 10/27/2023 | 1 | $10.38 | -$10.38 |
| Purchase | 10/27/2023 | 35 | $10.38 | -$363.30 |
| Purchase | 10/27/2023 | 96 | $10.36 | -$994.56 |
| Purchase | 10/27/2023 | 385 | $10.37 | -$3,992.45 |
| Purchase | 10/27/2023 | 481 | $10.37 | -$4,987.97 |
| Purchase | 10/27/2023 | 500 | $10.38 | -$5,190.00 |
| Purchase | 10/27/2023 | 1,000 | $10.28 | -$10,280.00 |
| Purchase | 10/27/2023 | 1,000 | $10.28 | -$10,280.00 |
| Purchase | 10/27/2023 | 1,500 | $10.39 | -$15,585.00 |
| Purchase | 10/27/2023 | 2,000 | $10.34 | -$20,680.00 |
| Purchase | 10/27/2023 | 3,000 | $10.36 | -$31,080.00 |
| Purchase | 10/27/2023 | 4,000 | $10.35 | -$41,400.00 |
| Purchase | 10/27/2023 | 5,000 | $10.40 | -$52,000.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/31/2023 | 1,000 | $9.81 | -$9,810.00 |
| Purchase | 2/26/2024 | 100 | $11.97 | -$1,197.00 |
| Purchase | 3/14/2024 | 500 | $12.08 | -$6,040.00 |
| Purchase | 3/14/2024 | 1,000 | $12.11 | -$12,110.00 |
| Purchase | 3/14/2024 | 1,000 | $12.11 | -$12,110.00 |
| Purchase | 3/14/2024 | 1,000 | $12.11 | -$12,110.00 |
| Purchase | 3/14/2024 | 2,000 | $12.15 | -$24,300.00 |
| Purchase | 4/12/2024 | 100 | $12.78 | -$1,278.00 |
| Purchase | 4/12/2024 | 1,000 | $12.52 | -$12,520.00 |
| Purchase | 4/12/2024 | 1,000 | $12.69 | -$12,690.00 |
| Purchase | 4/12/2024 | 1,000 | $12.80 | -$12,800.00 |
| Purchase | 4/12/2024 | 1,900 | $12.78 | -$24,282.00 |
| Purchase | 4/15/2024 | 1,000 | $12.48 | -$12,480.00 |
| Purchase | 4/15/2024 | 1,000 | $12.49 | -$12,490.00 |
| Purchase | 4/15/2024 | 1,000 | $12.52 | -$12,520.00 |
| Purchase | 4/15/2024 | 1,000 | $12.52 | -$12,520.00 |
| Purchase | 4/15/2024 | 1,000 | $12.57 | -$12,570.00 |
| Purchase | 4/30/2024 | 300 | $12.20 | -$3,660.00 |
| Purchase | 4/30/2024 | 500 | $12.16 | -$6,080.00 |
| Purchase | 4/30/2024 | 500 | $12.18 | -$6,090.00 |
| Purchase | 4/30/2024 | 700 | $12.21 | -$8,547.00 |
| Purchase | 4/30/2024 | 1,000 | $12.25 | -$12,250.00 |
| Purchase | 4/30/2024 | 1,000 | $12.33 | -$12,330.00 |
| Purchase | 4/30/2024 | 1,000 | $12.34 | -$12,340.00 |
| Purchase | 5/1/2024 | 1,000 | $12.20 | -$12,200.00 |
| Purchase | 6/14/2024 | 2,000 | $11.80 | -$23,600.00 |
| Purchase | 7/8/2024 | 400 | $12.98 | -$5,192.00 |
| **Class Period purchases:** | | **103,600** | | **-$1,250,762.66** |
| Sale | 9/27/2022 | 200 | $12.19 | $2,438.00 |
| Sale | 11/29/2023 | 0.011 | $10.83 | $0.12 |
| Sale | 11/29/2023 | 1,000 | $10.85 | $10,850.00 |
| Sale | 11/29/2023 | 3,000 | $10.84 | $32,520.00 |
| Sale | 12/1/2023 | 355 | $10.33 | $3,667.15 |
| Sale | 12/1/2023 | 2,345 | $10.32 | $24,200.40 |

| | | | | |
|---|---|---|---|---|
| Sale | 3/27/2024 | 3,900 | $13.02 | $50,778.00 |
| Sale | 3/28/2024 | 1,000 | $13.25 | $13,250.00 |
| Sale | 4/3/2024 | 5,000 | $13.50 | $67,500.00 |
| Sale | 4/23/2024 | 1,000 | $13.15 | $13,150.00 |
| Sale | 4/24/2024 | 1,000 | $13.26 | $13,260.00 |
| Sale | 4/24/2024 | 1,000 | $13.37 | $13,370.00 |
| Sale | 4/24/2024 | 1,000 | $13.50 | $13,500.00 |
| Sale | 4/24/2024 | 1,000 | $13.55 | $13,550.00 |
| **Class Period sales (matched to Class Period purchases):** | | **21,800** | | **$272,033.67** |
| | LIFO Retained Purchases: | 81,800 | $10.65135 | $871,280.12 |

**\* Value of retained shares is the mean trading price from 07/25/2024 to 10/07/2024**          **LIFO Gain/(Loss):**  **-$107,448.88**