# EXHIBIT "F"

| | | |
|---|---|---|
| **Client Name** | Ronald A. Ferrante | |
| **Company Name** | Ford Motor Company | |
| **Ticker Symbol** | F | |
| **Security Type** | | |
| **Class Period Start** | 04-27-2022 | |
| **Class Period End** | 07-24-2024 | |
| **90-DAY Lookback Period Start** | 07-25-2024 | |
| **90-DAY Lookback Period End** | 10-06-2024 | |
| **90-DAY Lookback Average** | $ 10.65 | |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $600,535.02 |
| **DURA LIFO\* Total** | $597,304.73 |
| **Gross Shares Purchased** | 335,168 |
| **Net Shares Retained** | 295,200 |
| **Net Funds Expended** | $3,745,746.31 |

**Ronald A. Ferrante - Account 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 04-28-2022 | 4000 | 14.0428 | $ 56,171.20 | | | | | | - | 4000 | 4000 | $ 10.65 | $ 42,618.04 | $ 13,553.16 | $ 13,553.16 |
| 05-11-2022 | 6000 | 12.98 | $ 77,880.00 | | | | | | - | 6000 | 6000 | $ 10.65 | $ 63,927.06 | $ 13,952.94 | $ 13,952.94 |
| 05-18-2022 | 2500 | 12.8068 | $ 32,017.00 | | | | | | - | 2500 | 2500 | $ 10.65 | $ 26,636.27 | $ 5,380.73 | $ 5,380.73 |
| 05-18-2022 | 2500 | 12.775 | $ 31,937.50 | | | | | | - | 2500 | 2500 | $ 10.65 | $ 26,636.27 | $ 5,301.23 | $ 5,301.23 |
| 06-13-2022 | 3000 | 11.935 | $ 35,805.00 | | | | | | - | 3000 | 3000 | $ 10.65 | $ 31,963.53 | $ 3,841.47 | $ 3,841.47 |
| 06-21-2022 | 568 | 11.47 | $ 6,514.96 | | | | | | - | 568 | 568 | $ 10.65 | $ 6,051.76 | $ 463.20 | $ 463.20 |
| 06-24-2022 | 1192 | 11.6299 | $ 13,862.84 | | | | | | - | 1192 | 1192 | $ 10.65 | $ 12,700.18 | $ 1,162.67 | $ 1,162.67 |
| 06-24-2022 | 4988 | 12 | $ 59,856.00 | | | | | | - | 4988 | 4988 | $ 10.65 | $ 53,144.69 | $ 6,711.31 | $ 6,711.31 |
| 06-24-2022 | 12 | 11.99 | $ 143.88 | | | | | | - | 12 | 12 | $ 10.65 | $ 127.85 | $ 16.03 | $ 16.03 |
| 06-30-2022 | 5000 | 11.12 | $ 55,600.00 | | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 2,327.45 | $ 2,327.45 |
| 07-05-2022 | 2500 | 10.735 | $ 26,837.50 | | | | | | - | 2500 | 2500 | $ 10.65 | $ 26,636.27 | $ 201.23 | $ 201.23 |
| 08-12-2022 | 2500 | 16.015 | $ 40,037.50 | | | | | | - | 2500 | 2500 | $ 10.65 | $ 26,636.27 | $ 13,401.23 | $ 13,401.23 |
| 08-15-2022 | 2000 | 16.05 | $ 32,100.00 | | | | | | - | 2000 | 2000 | $ 10.65 | $ 21,309.02 | $ 10,790.98 | $ 10,790.98 |
| 08-15-2022 | 3000 | 16.05 | $ 48,150.00 | | | | | | - | 3000 | 3000 | $ 10.65 | $ 31,963.53 | $ 16,186.47 | $ 16,186.47 |
| 08-17-2022 | 5000 | 16.2 | $ 81,000.00 | | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 27,727.45 | $ 27,727.45 |
| 08-17-2022 | 507 | 16.05 | $ 8,137.35 | 02-02-2023 | 507 | | $ 14.54 | $ 7,369.25 | - | - | - | $ 10.65 | | $ 768.11 | |
| 08-17-2022 | 1862 | 16.05 | $ 29,885.10 | | | | | | - | 1862 | 1862 | $ 10.65 | $ 19,838.70 | $ 10,046.40 | $ 10,046.40 |
| 08-17-2022 | 1636 | 16.04 | $ 26,241.44 | 02-02-2023 | 1636 | | $ 14.54 | $ 23,779.26 | - | - | - | $ 10.65 | | $ 2,462.18 | |
| 09-20-2022 | 1678 | 13.1001 | $ 21,981.97 | 02-02-2023 | 1678 | | $ 14.54 | $ 24,389.73 | - | - | - | $ 10.65 | | -$ 2,407.76 | -$ 2,407.76 |
| 09-22-2022 | 4000 | 13.19 | $ 52,760.00 | 02-02-2023 | 4000 | | $ 14.54 | $ 58,140.00 | - | - | - | $ 10.65 | | -$ 5,380.00 | -$ 5,380.00 |
| 12-01-2022 | 2000 | 14.06 | $ 28,120.00 | 02-02-2023 | 2000 | | $ 14.54 | $ 29,070.00 | - | - | - | $ 10.65 | | -$ 950.00 | -$ 950.00 |
| 12-02-2022 | 179 | 13.8839 | $ 2,485.22 | 02-02-2023 | 179 | | $ 14.54 | $ 2,601.77 | - | - | - | $ 10.65 | | -$ 116.55 | -$ 116.55 |
| 01-13-2023 | 8400 | 12.57 | $ 105,588.00 | 02-02-2023 | 8400 | | $ 14.53 | $ 122,052.00 | - | - | - | $ 10.65 | | -$ 16,464.00 | -$ 16,464.00 |
| 01-13-2023 | 1600 | 12.565 | $ 20,104.00 | 02-02-2023 | 1600 | | $ 14.53 | $ 23,248.00 | - | - | - | $ 10.65 | | -$ 3,144.00 | -$ 3,144.00 |
| 02-02-2023 | 10000 | 13.3 | $ 133,000.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 26,454.90 | $ 26,454.90 |
| 02-02-2023 | 1000 | 13.33 | $ 13,330.00 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 2,675.49 | $ 2,675.49 |
| 02-02-2023 | 9000 | 13.41 | $ 120,690.00 | | | | | | - | 9000 | 9000 | $ 10.65 | $ 95,890.59 | $ 24,799.41 | $ 24,799.41 |
| 02-02-2023 | 1763 | 13.4 | $ 23,624.20 | | | | | | - | 1763 | 1763 | $ 10.65 | $ 18,783.90 | $ 4,840.30 | $ 4,840.30 |
| 02-08-2023 | 33280 | 13.42 | $ 446,617.60 | | | | | | - | 33280 | 33280 | $ 10.65 | $ 354,582.09 | $ 92,035.51 | $ 92,035.51 |
| 02-08-2023 | 23720 | 13.41 | $ 318,085.20 | | | | | | - | 23720 | 23720 | $ 10.65 | $ 252,724.97 | $ 65,360.23 | $ 65,360.23 |
| 02-08-2023 | 56627 | 13.39 | $ 758,235.53 | | | | | | - | 56627 | 56627 | $ 10.65 | $ 603,332.93 | $ 154,902.60 | $ 154,902.60 |
| 02-08-2023 | 3 | 13.394 | $ 40.18 | | | | | | - | 3 | 3 | $ 10.65 | $ 31.96 | $ 08.22 | $ 08.22 |
| 02-08-2023 | 39 | 13.4041 | $ 522.76 | | | | | | - | 39 | 39 | $ 10.65 | $ 415.53 | $ 107.23 | $ 107.23 |
| 03-01-2023 | 18350 | 12.35 | $ 226,622.50 | | | | | | - | 18350 | 18350 | $ 10.65 | $ 195,510.25 | $ 31,112.25 | $ 31,112.25 |
| 03-15-2023 | 10000 | 11.39 | $ 113,900.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 7,354.90 | $ 7,354.90 |
| 03-15-2023 | 3093 | 11.3757 | $ 35,185.04 | | | | | | - | 3093 | 3093 | $ 10.65 | $ 32,954.40 | $ 2,230.64 | $ 2,230.64 |
| 03-15-2023 | 5500 | 11.4797 | $ 63,138.35 | | | | | | - | 5500 | 5500 | $ 10.65 | $ 58,599.80 | $ 4,538.55 | $ 4,538.55 |
| 03-15-2023 | 240 | 11.4701 | $ 2,752.82 | | | | | | - | 240 | 240 | $ 10.65 | $ 2,557.08 | $ 195.74 | $ 195.74 |
| 03-15-2023 | 5000 | 11.73 | $ 58,650.00 | | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 5,377.45 | $ 5,377.45 |
| 03-17-2023 | 10000 | 11.3 | $ 113,000.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 6,454.90 | $ 6,454.90 |
| 04-05-2023 | 5000 | 12.2899 | $ 61,449.50 | | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 8,176.95 | $ 8,176.95 |
| 04-06-2023 | 4000 | 12.33 | $ 49,320.00 | | | | | | - | 4000 | 4000 | $ 10.65 | $ 42,618.04 | $ 6,701.96 | $ 6,701.96 |
| 08-02-2023 | 10000 | 13.02 | $ 130,200.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 23,654.90 | $ 23,654.90 |
| 08-10-2023 | 10000 | 12.19 | $ 121,900.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 15,354.90 | $ 15,354.90 |
| 11-15-2023 | 1000 | 10.4799 | $ 10,479.90 | 02-06-2024 | 1000 | | $ 12.86 | $ 12,860.00 | - | - | - | $ 10.65 | | -$ 2,380.10 | -$ 2,380.10 |
| 11-15-2023 | 8263 | 10.4799 | $ 86,595.41 | | | | | | - | 8263 | 8263 | $ 10.65 | $ 88,038.21 | -$ 1,442.80 | -$ 1,442.80 |
| 02-05-2024 | 10000 | 11.62 | $ 116,200.00 | 02-06-2024 | 10000 | | $ 12.86 | $ 128,600.00 | - | - | - | $ 10.65 | | -$ 12,400.00 | -$ 12,400.00 |
| 02-05-2024 | 7967 | 11.6399 | $ 92,735.08 | 02-06-2024 | 7967 | | $ 12.86 | $ 102,455.62 | - | - | - | $ 10.65 | | -$ 9,720.54 | -$ 9,720.54 |
| 02-05-2024 | 1000 | 11.635 | $ 11,635.00 | 02-06-2024 | 1000 | | $ 12.86 | $ 12,860.00 | - | - | - | $ 10.65 | | -$ 1,225.00 | -$ 1,225.00 |
| 02-14-2024 | 1000 | 12.6191 | $ 12,619.10 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 1,964.59 | $ 1,964.59 |
| 02-15-2024 | 1000 | 12.57 | $ 12,570.00 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 1,915.49 | $ 1,915.49 |
| 02-15-2024 | 1000 | 12.57 | $ 12,570.00 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 1,915.49 | $ 1,915.49 |
| 03-05-2024 | 7132 | 12.5299 | $ 89,363.25 | | | | | | - | 7132 | 7132 | $ 10.65 | $ 75,987.96 | $ 13,375.28 | $ 13,375.28 |

| Trade Date | Shares Purchased | Price | Total Cost | Trade Date 2 | Shares | Price | Proceeds | | Shares | Shares | Per Share | Retained Value | LIFO | DURA LIFO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-05-2024 | 40 | 12.3299 | $ 501.20 | | | | | | 40 | 40 | $ 10.65 | $ 426.18 | $ 75.02 | $ 75.02 |
| 03-26-2024 | 1 | 12.594 | $ 12.59 | 04-24-2024 | 1 | $ 12.90 | $ 12.90 | - | - | - | $ 10.65 | - | -$ 00.30 | -$ 00.30 |
| 03-26-2024 | 3 | 12.594 | $ 37.78 | | | | | - | 3 | 3 | $ 10.65 | $ 31.96 | $ 05.82 | $ 05.82 |
| 05-31-2024 | 181 | 11.9597 | $ 2,164.71 | | | | | - | 181 | 181 | $ 10.65 | $ 1,928.47 | $ 236.24 | $ 236.24 |
| 06-04-2024 | 5000 | 12.13 | $ 60,650.00 | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 7,377.45 | $ 7,377.45 |
| 06-04-2024 | 307 | 12.13 | $ 3,723.91 | | | | | - | 307 | 307 | $ 10.65 | $ 3,270.93 | $ 452.98 | $ 452.98 |
| 07-02-2024 | 337 | 12.7899 | $ 4,310.20 | | | | | - | 337 | 337 | $ 10.65 | $ 3,590.57 | $ 719.63 | $ 719.63 |
| 07-24-2024 | 4550 | 12.16 | $ 55,328.00 | | | | | - | 4550 | 4550 | $ 10.65 | $ 48,478.02 | $ 6,849.98 | $ 6,849.98 |
| 07-24-2024 | 3150 | 12.1297 | $ 38,208.56 | | | | | - | 3150 | 3150 | $ 10.65 | $ 33,561.71 | $ 4,646.85 | $ 4,646.85 |
| **Total:** | **335,168** | | **$4,293,184.83** | | **39,968** | | **$547,438.52** | | **295,200** | **295,200** | | **$3,145,211.29** | **$600,535.02** | **$597,304.73** |

| | |
|---|---|
| Client Name | Ronald A. Ferrante |
| Company Name | Ford Motor Company |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 04-27-2022 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $ 10.65 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $20,222.33 |
| DURA LIFO* Total | $20,222.33 |
| Gross Shares Purchased | 6,753 |
| Net Shares Retained | 6,753 |
| Net Funds Expended | $92,172.23 |

### Ronald A. Ferrante - Account 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-21-2022 | 240 | 11.44 | $ 2,745.60 | | | | | | - | 240 | 240 | $ 10.65 | $ 2,557.08 | $ 188.52 | $ 188.52 |
| 08-17-2022 | 995 | 16.06 | $ 15,979.70 | | | | | | - | 995 | 995 | $ 10.65 | $ 10,601.24 | $ 5,378.46 | $ 5,378.46 |
| 09-20-2022 | 2000 | 13.3789 | $ 26,757.80 | | | | | | - | 2000 | 2000 | $ 10.65 | $ 21,309.02 | $ 5,448.78 | $ 5,448.78 |
| 09-20-2022 | 1000 | 13.255 | $ 13,255.00 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 2,600.49 | $ 2,600.49 |
| 09-20-2022 | 322 | 13.255 | $ 4,268.11 | | | | | | - | 322 | 322 | $ 10.65 | $ 3,430.75 | $ 837.36 | $ 837.36 |
| 12-01-2022 | 75 | 14.06 | $ 1,054.50 | | | | | | - | 75 | 75 | $ 10.65 | $ 799.09 | $ 255.41 | $ 255.41 |
| 02-08-2023 | 1870 | 13.39 | $ 25,039.30 | | | | | | - | 1870 | 1870 | $ 10.65 | $ 19,923.93 | $ 5,115.37 | $ 5,115.37 |
| 02-08-2023 | 1 | 13.425 | $ 13.43 | | | | | | - | 1 | 1 | $ 10.65 | $ 10.65 | $ 02.77 | $ 02.77 |
| 09-01-2023 | 114 | 12.215 | $ 1,392.51 | | | | | | - | 114 | 114 | $ 10.65 | $ 1,214.61 | $ 177.90 | $ 177.90 |
| 03-04-2024 | 6 | 12.8599 | $ 77.16 | | | | | | - | 6 | 6 | $ 10.65 | $ 63.93 | $ 13.23 | $ 13.23 |
| 03-04-2024 | 1 | 12.8565 | $ 12.86 | | | | | | - | 1 | 1 | $ 10.65 | $ 10.65 | $ 02.20 | $ 02.20 |
| 04-16-2024 | 1 | 12.125 | $ 12.13 | | | | | | - | 1 | 1 | $ 10.65 | $ 10.65 | $ 01.47 | $ 01.47 |
| 06-03-2024 | 128 | 12.2199 | $ 1,564.15 | | | | | | - | 128 | 128 | $ 10.65 | $ 1,363.78 | $ 200.37 | $ 200.37 |
| **Total:** | **6,753** | | **$92,172.23** | | | | | | | **6,753** | **6,753** | | **$71,949.90** | **$20,222.33** | **$20,222.33** |

| | |
|---|---|
| Client Name | Ronald A. Ferrante |
| Company Name | Ford Motor Company |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 04-27-2022 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $ 10.65 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $472.40 |
| DURA LIFO* Total | $472.40 |
| Gross Shares Purchased | 289 |
| Net Shares Retained | 289 |
| Net Funds Expended | $3,551.55 |

### Ronald A. Ferrante - Account 3

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-30-2023 | 60 | 12.2999 | $ 737.99 | | | | | | - | 60 | 60 | $ 10.65 | $ 639.27 | $ 98.72 | $ 98.72 |
| 03-30-2023 | 200 | 12.295 | $ 2,459.00 | | | | | | - | 200 | 200 | $ 10.65 | $ 2,130.90 | $ 328.10 | $ 328.10 |
| 09-01-2023 | 5 | 12.2167 | $ 61.08 | | | | | | - | 5 | 5 | $ 10.65 | $ 53.27 | $ 07.81 | $ 07.81 |
| 12-04-2023 | 5 | 10.7798 | $ 53.90 | | | | | | - | 5 | 5 | $ 10.65 | $ 53.27 | $ 00.63 | $ 00.63 |
| 03-04-2024 | 12 | 12.8597 | $ 154.32 | | | | | | - | 12 | 12 | $ 10.65 | $ 127.85 | $ 26.46 | $ 26.46 |
| 06-03-2024 | 7 | 12.18 | $ 85.26 | | | | | | - | 7 | 7 | $ 10.65 | $ 74.58 | $ 10.68 | $ 10.68 |
| **Total:** | **289** | | **$3,551.55** | | | | | | | **289** | **289** | | **$3,079.15** | **$472.40** | **$472.40** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $621,229.74 |

| | |
|---|---|
| DURALIFO* Total | $617,999.46 |
| **Gross Shares Purchased** | 342,210 |
| **Net Shares Retained** | 302,242 |
| **Net Funds Expended** | $3,841,470.10 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

| Client Name | Teamsters Local 710 Pension Fund |
|---|---|
| Company Name | Ford Motor Company |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 04-27-2022 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $10.65 |
| Pre Class Period Holdings | 21100 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 259,904.88 |
| DURA LIFO* Total | $ 259,904.88 |
| *DURALIFO** Total* | $ 259,904.88 |
| Gross Shares Purchased | 88,000 |
| Net Shares Retained | 88,000 |
| Net Funds Expended | $ 1,197,519.00 |

Labaton Sucharow LLP - Account 1

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from C | Proceeds from L | Shares Ret | Shares Retain | Per Share V | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 04-27-2022 | 4400 | 14.85 | $ 65,340.00 | | | | | | - | 4400 | 4400 | $10.65 | $ 46,880.71 | $ 18,459.29 | $ 18,459.29 | $ 18,459.29 |
| 04-28-2022 | 6700 | 14.65 | $ 98,155.00 | | | | | | - | 6700 | 6700 | $10.65 | $ 71,386.53 | $ 26,768.47 | $ 26,768.47 | $ 26,768.47 |
| 04-29-2022 | 5700 | 14.86 | $ 84,702.00 | | | | | | - | 5700 | 5700 | $10.65 | $ 60,731.82 | $ 23,970.18 | $ 23,970.18 | $ 23,970.18 |
| 05-02-2022 | 4700 | 14.05 | $ 66,035.00 | | | | | | - | 4700 | 4700 | $10.65 | $ 50,077.12 | $ 15,957.88 | $ 15,957.88 | $ 15,957.88 |
| 05-03-2022 | 24700 | 14.61 | $ 360,867.00 | | | | | | - | 24700 | 24700 | $10.65 | $ 263,171.24 | $ 97,695.76 | $ 97,695.76 | $ 97,695.76 |
| 10-18-2022 | 6100 | 12.05 | $ 73,505.00 | | | | | | - | 6100 | 6100 | $10.65 | $ 64,993.71 | $ 8,511.29 | $ 8,511.29 | $ 8,511.29 |
| 10-19-2022 | 9000 | 11.99 | $ 107,910.00 | | | | | | - | 9000 | 9000 | $10.65 | $ 95,892.35 | $ 12,017.65 | $ 12,017.65 | $ 12,017.65 |
| 10-20-2022 | 5800 | 11.93 | $ 69,194.00 | | | | | | - | 5800 | 5800 | $10.65 | $ 61,797.29 | $ 7,396.71 | $ 7,396.71 | $ 7,396.71 |
| 10-21-2022 | 900 | 11.92 | $ 10,728.00 | | | | | | - | 900 | 900 | $10.65 | $ 9,589.24 | $ 1,138.76 | $ 1,138.76 | $ 1,138.76 |
| 10-24-2022 | 4200 | 12.4 | $ 52,080.00 | | | | | | - | 4200 | 4200 | $10.65 | $ 44,749.76 | $ 7,330.24 | $ 7,330.24 | $ 7,330.24 |
| 10-25-2022 | 1900 | 12.62 | $ 23,978.00 | | | | | | - | 1900 | 1900 | $10.65 | $ 20,243.94 | $ 3,734.06 | $ 3,734.06 | $ 3,734.06 |
| 10-26-2022 | 1200 | 12.92 | $ 15,504.00 | | | | | | - | 1200 | 1200 | $10.65 | $ 12,785.65 | $ 2,718.35 | $ 2,718.35 | $ 2,718.35 |
| 10-28-2022 | 3500 | 13.25 | $ 46,375.00 | | | | | | - | 3500 | 3500 | $10.65 | $ 37,291.47 | $ 9,083.53 | $ 9,083.53 | $ 9,083.53 |
| 11-01-2022 | 1600 | 13.27 | $ 21,232.00 | | | | | | - | 1600 | 1600 | $10.65 | $ 17,047.53 | $ 4,184.47 | $ 4,184.47 | $ 4,184.47 |
| 11-02-2022 | 4600 | 13.39 | $ 61,594.00 | | | | | | - | 4600 | 4600 | $10.65 | $ 49,011.65 | $ 12,582.35 | $ 12,582.35 | $ 12,582.35 |
| 11-03-2022 | 3000 | 13.44 | $ 40,320.00 | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 8,355.88 | $ 8,355.88 | $ 8,355.88 |
| Total: | 88,000 | | $ 1,197,519.00 | | | | | | | 88,000 | 88,000 | | $ 937,614.12 | $ 259,904.88 | $ 259,904.88 | $ 259,904.88 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

\** Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

| Client Name | Michael M. Press |
|---|---|
| Company Name | Ford Motor Company |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 04-27-2022 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $10.65 |
| Pre Class Period Holdings | -- |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 107,174.05 |
| DURA LIFO* Total | $ 106,324.60 |
| *DURALIFO** Total* | $ 132,080.60 |
| Gross Shares Purchased | 103,600 |
| Net Shares Retained | 81,800 |
| Net Funds Expended | $ 978,728.99 |

Scott+Scott Attorneys at Law LLP - Account 1

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from C | Proceeds from L | Shares Ret | Shares Retair | Per Share V | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 04-28-2022 | 1000 | 14.62 | $ 14,620.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 3,965.29 | $ 3,965.29 | $ 3,965.29 |
| 04-29-2022 | 1000 | 14.69 | $ 14,690.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 4,035.29 | $ 4,035.29 | $ 4,035.29 |
| 05-20-2022 | 300 | 12.15 | $ 3,645.00 | | | | | | - | 300 | 300 | $10.65 | $ 3,196.41 | $ 448.59 | $ 448.59 | $ 448.59 |
| 06-01-2022 | 600 | 13.47 | $ 8,082.00 | | | | | | - | 600 | 600 | $10.65 | $ 6,392.82 | $ 1,689.18 | $ 1,689.18 | $ 1,689.18 |
| 06-02-2022 | 200 | 13.87 | $ 2,774.00 | | | | | | - | 200 | 200 | $10.65 | $ 2,130.94 | $ 643.06 | $ 643.06 | $ 643.06 |
| 06-10-2022 | 300 | 12.89 | $ 3,867.00 | | | | | | - | 300 | 300 | $10.65 | $ 3,196.41 | $ 670.59 | $ 670.59 | $ 670.59 |
| 06-13-2022 | 600 | 12.3 | $ 7,380.00 | | | | | | - | 600 | 600 | $10.65 | $ 6,392.82 | $ 987.18 | $ 987.18 | $ 987.18 |
| 06-24-2022 | 100 | 12.04 | $ 1,204.00 | | | | | | - | 100 | 100 | $10.65 | $ 1,065.47 | $ 138.53 | $ 138.53 | $ 138.53 |
| 09-01-2022 | 238 | 15.06 | $ 3,584.28 | | | | | | - | 238 | 238 | $10.65 | $ 2,535.82 | $ 1,048.46 | $ 1,048.46 | $ 1,048.46 |
| 09-01-2022 | 313 | 15.07 | $ 4,716.91 | | | | | | - | 313 | 313 | $10.65 | $ 3,334.92 | $ 1,381.99 | $ 1,381.99 | $ 1,381.99 |
| 09-01-2022 | 149 | 15.05 | $ 2,242.45 | | | | | | - | 149 | 149 | $10.65 | $ 1,587.55 | $ 654.90 | $ 654.90 | $ 654.90 |
| 09-01-2022 | 700 | 14.92 | $ 10,444.00 | | | | | | - | 700 | 700 | $10.65 | $ 7,458.29 | $ 2,985.71 | $ 2,985.71 | $ 2,985.71 |
| 09-12-2022 | 200 | 15.55 | $ 3,110.00 | 09-27-2022 | 200 | | $ 12.19 | $ 2,438.00 | | - | - | $10.65 | | $ 672.00 | | - |
| 09-12-2022 | 550 | 15.55 | $ 8,552.50 | | | | | | - | 550 | 550 | $10.65 | $ 5,860.09 | $ 2,692.41 | $ 2,692.41 | $ 2,692.41 |
| 02-02-2023 | 2500 | 13.37 | $ 33,425.00 | | | | | | - | 2500 | 2500 | $10.65 | $ 26,636.76 | $ 6,788.24 | $ 6,788.24 | $ 6,788.24 |
| 02-03-2023 | 850 | 13.2 | $ 11,220.00 | | | | | | - | 850 | 850 | $10.65 | $ 9,056.50 | $ 2,163.50 | $ 2,163.50 | $ 2,163.50 |
| 05-22-2023 | 1500 | 11.73 | $ 17,595.00 | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | $ 1,612.94 | $ 1,612.94 | $ 1,612.94 |
| 05-25-2023 | 2000 | 11.37 | $ 22,740.00 | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 1,430.59 | $ 1,430.59 | $ 1,430.59 |
| 05-26-2023 | 1500 | 11.72 | $ 17,580.00 | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | $ 1,597.94 | $ 1,597.94 | $ 1,597.94 |
| 05-26-2023 | 5000 | 11.95 | $ 59,750.00 | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 6,476.47 | $ 6,476.47 | $ 6,476.47 |
| 05-31-2023 | 2000 | 11.99 | $ 23,980.00 | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 2,670.59 | $ 2,670.59 | $ 2,670.59 |
| 05-31-2023 | 3000 | 11.99 | $ 35,970.00 | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 4,005.88 | $ 4,005.88 | $ 4,005.88 |
| 06-01-2023 | 700 | 12.08 | $ 8,456.00 | | | | | | - | 700 | 700 | $10.65 | $ 7,458.29 | $ 997.71 | $ 997.71 | $ 997.71 |
| 06-01-2023 | 800 | 12.08 | $ 9,664.00 | | | | | | - | 800 | 800 | $10.65 | $ 8,523.76 | $ 1,140.24 | $ 1,140.24 | $ 1,140.24 |
| 06-01-2023 | 1000 | 12.08 | $ 12,080.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,425.29 | $ 1,425.29 | $ 1,425.29 |
| 06-01-2023 | 2500 | 12.08 | $ 30,200.00 | | | | | | - | 2500 | 2500 | $10.65 | $ 26,636.76 | $ 3,563.24 | $ 3,563.24 | $ 3,563.24 |
| 06-01-2023 | 5000 | 12.07 | $ 60,350.00 | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 7,076.47 | $ 7,076.47 | $ 7,076.47 |
| 06-01-2023 | 5000 | 12.16 | $ 60,800.00 | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 7,526.47 | $ 7,526.47 | $ 7,526.47 |
| 06-01-2023 | 1400 | 12.17 | $ 17,038.00 | | | | | | - | 1400 | 1400 | $10.65 | $ 14,916.59 | $ 2,121.41 | $ 2,121.41 | $ 2,121.41 |
| 06-01-2023 | 3600 | 12.17 | $ 43,812.00 | | | | | | - | 3600 | 3600 | $10.65 | $ 38,356.94 | $ 5,455.06 | $ 5,455.06 | $ 5,455.06 |
| 06-05-2023 | 1000 | 12.53 | $ 12,530.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,875.29 | $ 1,875.29 | $ 1,875.29 |
| 06-05-2023 | 1000 | 12.55 | $ 12,550.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,895.29 | $ 1,895.29 | $ 1,895.29 |
| 06-05-2023 | 1000 | 12.58 | $ 12,580.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,925.29 | $ 1,925.29 | $ 1,925.29 |
| 06-05-2023 | 1000 | 12.58 | $ 12,580.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,925.29 | $ 1,925.29 | $ 1,925.29 |
| 06-05-2023 | 1000 | 12.61 | $ 12,610.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,955.29 | $ 1,955.29 | $ 1,955.29 |
| 06-05-2023 | 2000 | 12.62 | $ 25,240.00 | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 3,930.59 | $ 3,930.59 | $ 3,930.59 |
| 06-06-2023 | 3000 | 12.52 | $ 37,560.00 | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 5,595.88 | $ 5,595.88 | $ 5,595.88 |
| 06-08-2023 | 1000 | 13.52 | $ 13,520.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,865.29 | $ 2,865.29 | $ 2,865.29 |
| 06-08-2023 | 1000 | 13.54 | $ 13,540.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,885.29 | $ 2,885.29 | $ 2,885.29 |
| 06-08-2023 | 1000 | 13.54 | $ 13,540.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,885.29 | $ 2,885.29 | $ 2,885.29 |
| 06-09-2023 | 400 | 13.96 | $ 5,584.00 | | | | | | - | 400 | 400 | $10.65 | $ 4,261.88 | $ 1,322.12 | $ 1,322.12 | $ 1,322.12 |
| 06-09-2023 | 600 | 13.96 | $ 8,376.00 | | | | | | - | 600 | 600 | $10.65 | $ 6,392.82 | $ 1,983.18 | $ 1,983.18 | $ 1,983.18 |
| 06-09-2023 | 1000 | 14 | $ 14,000.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 3,345.29 | $ 3,345.29 | $ 3,345.29 |
| 10-27-2023 | 1 | 10.37 | $ 10.37 | | | | | | - | 1 | 1 | $10.65 | $ 10.65 | -$ 00.28 | -$ 00.28 | -$ 00.28 |
| 10-27-2023 | 1 | 10.37 | $ 10.37 | | | | | | - | 1 | 1 | $10.65 | $ 10.65 | -$ 00.28 | -$ 00.28 | -$ 00.28 |
| 10-27-2023 | 1 | 10.38 | $ 10.38 | | | | | | - | 1 | 1 | $10.65 | $ 10.65 | -$ 00.27 | -$ 00.27 | -$ 00.27 |
| 10-27-2023 | 35 | 10.38 | $ 363.30 | | | | | | - | 35 | 35 | $10.65 | $ 372.91 | -$ 09.61 | -$ 09.61 | -$ 09.61 |
| 10-27-2023 | 96 | 10.36 | $ 994.56 | | | | | | - | 96 | 96 | $10.65 | $ 1,022.85 | -$ 28.29 | -$ 28.29 | -$ 28.29 |
| 10-27-2023 | 385 | 10.37 | $ 3,992.45 | | | | | | - | 385 | 385 | $10.65 | $ 4,102.06 | -$ 109.61 | -$ 109.61 | -$ 109.61 |
| 10-27-2023 | 481 | 10.37 | $ 4,987.97 | | | | | | - | 481 | 481 | $10.65 | $ 5,124.91 | -$ 136.94 | -$ 136.94 | -$ 136.94 |
| 10-27-2023 | 500 | 10.38 | $ 5,190.00 | | | | | | - | 500 | 500 | $10.65 | $ 5,327.35 | -$ 137.35 | -$ 137.35 | -$ 137.35 |
| 10-27-2023 | 1000 | 10.28 | $ 10,280.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | -$ 374.71 | -$ 374.71 | -$ 374.71 |
| 10-27-2023 | 1000 | 10.28 | $ 10,280.00 | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | -$ 374.71 | -$ 374.71 | -$ 374.71 |
| 10-27-2023 | 1500 | 10.39 | $ 15,585.00 | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | -$ 397.06 | -$ 397.06 | -$ 397.06 |
| 10-27-2023 | 2000 | 10.34 | $ 20,680.00 | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | -$ 629.41 | -$ 629.41 | -$ 629.41 |
| 10-27-2023 | 1000 | 10.36 | $ 10,360.00 | 04-03-2024 | 1000 | | $ 13.50 | $ 13,500.00 | | - | - | $10.68 | | -$ 3,140.00 | -$ 3,140.00 | - |
| 10-27-2023 | 2000 | 10.36 | $ 20,720.00 | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | -$ 589.41 | -$ 589.41 | -$ 589.41 |
| 10-27-2023 | 700 | 10.35 | $ 7,245.00 | 12-01-2023 | 700 | | $ 10.32 | $ 7,224.00 | | - | - | $10.65 | | $ 21.00 | | - |
| 10-27-2023 | 3300 | 10.35 | $ 34,155.00 | 04-03-2024 | | 3300 | $ 13.50 | | $ 44,550.00 | - | - | $10.65 | | -$ 10,395.00 | -$ 10,395.00 | - |
| 10-27-2023 | 3000 | 10.4 | $ 31,200.00 | 11-29-2023 | | 3000 | $ 10.84 | | $ 32,520.00 | - | - | $10.65 | | -$ 1,320.00 | -$ 1,320.00 | - |
| 10-27-2023 | 355 | 10.4 | $ 3,692.00 | 12-01-2023 | 355 | | $ 10.33 | $ 3,667.15 | | - | - | $10.65 | | $ 24.85 | | - |
| 10-27-2023 | 1645 | 10.4 | $ 17,108.00 | 12-01-2023 | 1645 | | $ 10.32 | $ 16,976.40 | | - | - | $10.65 | | $ 131.60 | | - |
| 10-31-2023 | 1000 | 9.81 | $ 9,810.00 | 11-29-2023 | 1000 | | $ 10.85 | $ 10,850.00 | | - | - | $10.65 | | -$ 1,040.00 | -$ 1,040.00 | - |

| Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | | Shares | Shares | Price | Value | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-26-2024 | 100 | 11.97 | $ 1,197.00 | 04-03-2024 | 100 | $ 13.50 | $ 1,350.00 | - | | | $10.65 | | -$ 153.00 | -$ 153.00 | - |
| 03-14-2024 | 500 | 12.08 | $ 6,040.00 | 04-03-2024 | 500 | $ 13.50 | $ 6,750.00 | - | | | $10.65 | | -$ 710.00 | -$ 710.00 | - |
| 03-14-2024 | 900 | 12.11 | $ 10,899.00 | 03-28-2024 | 900 | $ 13.25 | $ 11,925.00 | - | | | $10.65 | | -$ 1,026.00 | -$ 1,026.00 | - |
| 03-14-2024 | 100 | 12.11 | $ 1,211.00 | 04-03-2024 | 100 | $ 13.50 | $ 1,350.00 | - | | | $10.65 | | -$ 139.00 | -$ 139.00 | - |
| 03-14-2024 | 900 | 12.11 | $ 10,899.00 | 03-27-2024 | 900 | $ 13.02 | $ 11,718.00 | - | | | $10.65 | | -$ 819.00 | -$ 819.00 | - |
| 03-14-2024 | 100 | 12.11 | $ 1,211.00 | 03-28-2025 | 100 | $ 13.25 | $ 1,325.00 | - | | | $10.65 | | -$ 114.00 | -$ 114.00 | - |
| 03-14-2024 | 1000 | 12.11 | $ 12,110.00 | 03-27-2024 | 1000 | $ 13.02 | $ 13,020.00 | - | | | $10.65 | | -$ 910.00 | -$ 910.00 | - |
| 03-14-2024 | 2000 | 12.15 | $ 24,300.00 | 03-27-2024 | 2000 | $ 13.02 | $ 26,040.00 | - | | | $10.65 | | -$ 1,740.00 | -$ 1,740.00 | - |
| 04-12-2024 | 100 | 12.78 | $ 1,278.00 | | | | | - | 100 | 100 | $10.65 | $ 1,065.47 | $ 212.53 | $ 212.53 | $ 212.53 |
| 04-12-2024 | 1000 | 12.52 | $ 12,520.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,865.29 | $ 1,865.29 | $ 1,865.29 |
| 04-12-2024 | 1000 | 12.69 | $ 12,690.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,035.29 | $ 2,035.29 | $ 2,035.29 |
| 04-12-2024 | 1000 | 12.8 | $ 12,800.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,145.29 | $ 2,145.29 | $ 2,145.29 |
| 04-12-2024 | 1900 | 12.78 | $ 24,282.00 | | | | | - | 1900 | 1900 | $10.65 | $ 20,243.94 | $ 4,038.06 | $ 4,038.06 | $ 4,038.06 |
| 04-15-2024 | 1000 | 12.48 | $ 12,480.00 | 04-24-2024 | 1000 | $ 13.55 | $ 13,550.00 | - | | | $10.65 | | -$ 1,070.00 | -$ 1,070.00 | - |
| 04-15-2024 | 1000 | 12.49 | $ 12,490.00 | 04-24-2024 | 1000 | $ 13.50 | $ 13,500.00 | - | | | $10.65 | | -$ 1,010.00 | -$ 1,010.00 | - |
| 04-15-2024 | 1000 | 12.52 | $ 12,520.00 | 04-24-2024 | 1000 | $ 13.37 | $ 13,370.00 | - | | | $10.65 | | -$ 850.00 | -$ 850.00 | - |
| 04-15-2024 | 1000 | 12.52 | $ 12,520.00 | 04-24-2024 | 1000 | $ 13.26 | $ 13,260.00 | - | | | $10.65 | | -$ 740.00 | -$ 740.00 | - |
| 04-15-2024 | 1000 | 12.57 | $ 12,570.00 | 04-23-2024 | 1000 | $ 13.15 | $ 13,150.00 | - | | | $10.65 | | -$ 580.00 | -$ 580.00 | - |
| 04-30-2024 | 300 | 12.2 | $ 3,660.00 | | | | | - | 300 | 300 | $10.65 | $ 3,196.41 | $ 463.59 | $ 463.59 | $ 463.59 |
| 04-30-2024 | 500 | 12.16 | $ 6,080.00 | | | | | - | 500 | 500 | $10.65 | $ 5,327.35 | $ 752.65 | $ 752.65 | $ 752.65 |
| 04-30-2024 | 500 | 12.18 | $ 6,090.00 | | | | | - | 500 | 500 | $10.65 | $ 5,327.35 | $ 762.65 | $ 762.65 | $ 762.65 |
| 04-30-2024 | 700 | 12.21 | $ 8,547.00 | | | | | - | 700 | 700 | $10.65 | $ 7,458.29 | $ 1,088.71 | $ 1,088.71 | $ 1,088.71 |
| 04-30-2024 | 1000 | 12.25 | $ 12,250.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,595.29 | $ 1,595.29 | $ 1,595.29 |
| 04-30-2024 | 1000 | 12.33 | $ 12,330.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,675.29 | $ 1,675.29 | $ 1,675.29 |
| 04-30-2024 | 1000 | 12.34 | $ 12,340.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,685.29 | $ 1,685.29 | $ 1,685.29 |
| 05-01-2024 | 1000 | 12.2 | $ 12,200.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,545.29 | $ 1,545.29 | $ 1,545.29 |
| 06-14-2024 | 2000 | 11.8 | $ 23,600.00 | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 2,290.59 | $ 2,290.59 | $ 2,290.59 |
| 07-08-2024 | 400 | 12.98 | $ 5,192.00 | | | | | - | 400 | 400 | $10.65 | $ 4,261.88 | $ 930.12 | $ 930.12 | $ 930.12 |
| **Total:** | **103,600** | | **$ 1,250,762.54** | | **21,800** | | **$ 272,033.55** | | **81,800** | **81,800** | | **$ 871,554.94** | **$ 107,174.05** | **$ 106,324.60** | **$ 132,080.60** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

\*\* Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

| Client Name | Clark D. Crippen |
|---|---|
| Company Name | Ford Motor Company |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 04-27-2022 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $10.65 |
| Pre Class Period Holdings | -- |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | - |
| DURA LIFO* Total | - |
| DURALIFO** Total | - |
| Gross Shares Purchased | - |
| Net Shares Retained | - |
| Net Funds Expended | - |

**Robbins Geller Rudman & Dowd LLP - Account 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from C | Proceeds from L | Shares Ret | Shares Retain | Per Share V | Retained Value | LIFO | DURA LIFO** | DURA LIFO*** |
| 01-13-2022* | 300 | 24.14 | - | | | | | | - | | $10.65 | - | | - | - | - |
| 01-13-2022* | 15805 | 24.29 | - | | | | | | - | | $10.65 | - | | - | - | - |
| 01-13-2022* | 20000 | 24.29 | - | | | | | | - | | $10.65 | - | | - | - | - |
| 01-13-2022* | 20000 | 24.25 | - | | | | | | - | | $10.65 | - | | - | - | - |
| 01-13-2022* | 600 | 24.14 | - | | | | | | - | | $10.65 | - | | - | - | - |
| 01-13-2022* | 4144 | 24.14 | - | | | | | | - | | $10.65 | - | | - | - | - |
| 01-13-2022* | 4195 | 24.28 | - | | | | | | - | | $10.65 | - | | - | - | - |
| 01-26-2022* | 2002 | 19.23 | - | | | | | | - | | $10.65 | - | | - | - | - |
| 04-26-2022* | 500 | 14.41 | - | | | | | | - | | $10.65 | - | | - | - | - |
| **Total:** | - | | - | | | | | | | - | - | | - | $ 00.00 | $ 00.00 | $ 00.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

*Acquired prior to the start of the class period (04-27-2022)

** Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

*** Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.