# EXHIBIT "G"

| Client Name | Ron Ferrante |
|---|---|
| Company Name | Ford Motor Company (Expanded CP) |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 10-28-2021 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $10.65 |
| Pre Class Period Holdings | 116985 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 824,364.86 |
| DURA LIFO* Total | $ 821,134.57 |
| *DURALIFO** Total* | $ 875,322.82 |
| Gross Shares Purchased | 367,668 |
| Net Shares Retained | 325,715 |
| Net Funds Expended | $ 4,275,821.50 |

### Ron Ferrante - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from C | Proceeds from L | Shares Ret | Shares Retain | Per Share V | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 11-26-2021 | 1000 | 19.725 | $ 19,725.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 9,070.29 | $ 9,070.29 | $ 9,070.29 |
| 12-06-2021 | 2000 | 18.7999 | $ 37,599.80 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 16,290.39 | $ 16,290.39 | $ 16,290.39 |
| 01-24-2022 | 2000 | 19.6 | $ 39,200.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 17,890.59 | $ 17,890.59 | $ 17,890.59 |
| 01-24-2022 | 1500 | 19.635 | $ 29,452.50 | | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | $ 13,470.44 | $ 13,470.44 | $ 13,470.44 |
| 01-28-2022 | 1000 | 19.305 | $ 19,305.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 8,650.29 | $ 8,650.29 | $ 8,650.29 |
| 02-03-2022 | 4259 | 19.03 | $ 81,048.77 | | | | | | | - | 4259 | 4259 | $10.65 | $ 45,378.39 | $ 35,670.38 | $ 35,670.38 | $ 35,670.38 |
| 02-03-2022 | 741 | 19.02 | $ 14,093.82 | | | | | | | - | 741 | 741 | $10.65 | $ 7,895.14 | $ 6,198.68 | $ 6,198.68 | $ 6,198.68 |
| 02-04-2022 | 5000 | 17.7099 | $ 88,549.50 | | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 35,275.97 | $ 35,275.97 | $ 35,275.97 |
| 02-04-2022 | 1500 | 18.06 | $ 27,090.00 | | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | $ 11,107.94 | $ 11,107.94 | $ 11,107.94 |
| 02-22-2022 | 1000 | 17.255 | $ 17,255.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 6,600.29 | $ 6,600.29 | $ 6,600.29 |
| 02-24-2022 | 75 | 16.549 | $ 1,241.18 | | | | | | | - | 75 | 75 | $10.65 | $ 799.10 | $ 442.07 | $ 442.07 | $ 442.07 |
| 02-24-2022 | 1925 | 16.545 | $ 31,849.13 | | | | | | | - | 1925 | 1925 | $10.65 | $ 20,510.31 | $ 11,338.82 | $ 11,338.82 | $ 11,338.82 |
| 03-01-2022 | 2000 | 16.8394 | $ 33,678.80 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 12,369.39 | $ 12,369.39 | $ 12,369.39 |
| 03-07-2022 | 2000 | 15.83 | $ 31,660.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 10,350.59 | $ 10,350.59 | $ 10,350.59 |
| 04-20-2022 | 1500 | 16.12 | $ 24,180.00 | | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | $ 8,197.94 | $ 8,197.94 | $ 8,197.94 |
| 04-26-2022 | 2000 | 15.015 | $ 30,030.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 8,720.59 | $ 8,720.59 | $ 8,720.59 |
| 04-26-2022 | 3000 | 14.75 | $ 44,250.00 | | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 12,285.88 | $ 12,285.88 | $ 12,285.88 |
| 04-28-2022 | 4000 | 14.0428 | $ 56,171.20 | | | | | | | - | 4000 | 4000 | $10.65 | $ 42,618.82 | $ 13,552.38 | $ 13,552.38 | $ 13,552.38 |
| 05-11-2022 | 6000 | 12.98 | $ 77,880.00 | | | | | | | - | 6000 | 6000 | $10.65 | $ 63,928.24 | $ 13,951.76 | $ 13,951.76 | $ 13,951.76 |
| 05-18-2022 | 2500 | 12.8068 | $ 32,017.00 | | | | | | | - | 2500 | 2500 | $10.65 | $ 26,636.76 | $ 5,380.24 | $ 5,380.24 | $ 5,380.24 |
| 05-18-2022 | 2500 | 12.775 | $ 31,937.50 | | | | | | | - | 2500 | 2500 | $10.65 | $ 26,636.76 | $ 5,300.74 | $ 5,300.74 | $ 5,300.74 |
| 06-13-2022 | 3000 | 11.935 | $ 35,805.00 | | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 3,840.88 | $ 3,840.88 | $ 3,840.88 |
| 06-21-2022 | 568 | 11.47 | $ 6,514.96 | | | | | | | - | 568 | 568 | $10.65 | $ 6,051.87 | $ 463.09 | $ 463.09 | $ 463.09 |
| 06-24-2022 | 1192 | 11.6299 | $ 13,862.84 | | | | | | | - | 1192 | 1192 | $10.65 | $ 12,700.41 | $ 1,162.43 | $ 1,162.43 | $ 1,162.43 |
| 06-24-2022 | 4988 | 12 | $ 59,856.00 | | | | | | | - | 4988 | 4988 | $10.65 | $ 53,145.67 | $ 6,710.33 | $ 6,710.33 | $ 6,710.33 |
| 06-24-2022 | 12 | 11.99 | $ 143.88 | | | | | | | - | 12 | 12 | $10.65 | $ 127.86 | $ 16.02 | $ 16.02 | $ 16.02 |
| 06-30-2022 | 5000 | 11.12 | $ 55,600.00 | | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 2,326.47 | $ 2,326.47 | $ 2,326.47 |
| 07-05-2022 | 2500 | 10.735 | $ 26,837.50 | | | | | | | - | 2500 | 2500 | $10.65 | $ 26,636.76 | $ 200.74 | $ 200.74 | $ 200.74 |
| 08-12-2022 | 2500 | 16.015 | $ 40,037.50 | | | | | | | - | 2500 | 2500 | $10.65 | $ 26,636.76 | $ 13,400.74 | $ 13,400.74 | $ 13,400.74 |
| 08-15-2022 | 2000 | 16.05 | $ 32,100.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 10,790.59 | $ 10,790.59 | $ 10,790.59 |
| 08-15-2022 | 3000 | 16.05 | $ 48,150.00 | | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 16,185.88 | $ 16,185.88 | $ 16,185.88 |
| 08-17-2022 | 5000 | 16.2 | $ 81,000.00 | | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 27,726.47 | $ 27,726.47 | $ 27,726.47 |
| 08-17-2022 | 507 | 16.05 | $ 8,137.35 | 02-02-2023 | 507 | | $ 14.54 | $ 7,369.25 | | | - | - | $10.65 | | $ 768.11 | | |
| 08-17-2022 | 1862 | 16.05 | $ 29,885.10 | | | | | | | - | 1862 | 1862 | $10.65 | $ 19,839.06 | $ 10,003.21 | $ 10,003.21 | $ 10,003.21 |
| 08-17-2022 | 1636 | 16.04 | $ 26,241.44 | 02-02-2023 | 1636 | | $ 14.54 | $ 23,779.26 | | | - | - | $10.65 | | $ 2,462.18 | | |
| 09-20-2022 | 1678 | 13.1001 | $ 21,981.97 | 02-02-2023 | 1678 | | $ 14.54 | $ 24,389.73 | | | - | - | $10.65 | | -$ 2,407.76 | -$ 2,407.76 | - |
| 09-22-2022 | 4000 | 13.19 | $ 52,760.00 | 02-02-2023 | 4000 | | $ 14.54 | $ 58,140.00 | | | - | - | $10.65 | | -$ 5,380.00 | -$ 5,380.00 | - |
| 12-01-2022 | 2000 | 14.06 | $ 28,120.00 | 02-02-2023 | 2000 | | $ 14.54 | $ 29,070.00 | | | - | - | $10.65 | | -$ 950.00 | -$ 950.00 | - |
| 12-02-2022 | 179 | 13.8839 | $ 2,485.22 | 02-02-2023 | 179 | | $ 14.54 | $ 2,601.77 | | | - | - | $10.65 | | -$ 116.55 | -$ 116.55 | - |
| 01-13-2023 | 8400 | 12.57 | $ 105,588.00 | 02-02-2023 | 8400 | | $ 14.53 | $ 122,052.00 | | | - | - | $10.65 | | -$ 16,464.00 | -$ 16,464.00 | - |
| 01-13-2023 | 1600 | 12.565 | $ 20,104.00 | 02-02-2023 | 1600 | | $ 14.53 | $ 23,248.00 | | | - | - | $10.65 | | -$ 3,144.00 | -$ 3,144.00 | - |
| 02-02-2023 | 10000 | 13.3 | $ 133,000.00 | | | | | | | - | 10000 | 10000 | $10.65 | $ 106,547.06 | $ 26,452.94 | $ 26,452.94 | $ 26,452.94 |
| 02-02-2023 | 1000 | 13.33 | $ 13,330.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,675.29 | $ 2,675.29 | $ 2,675.29 |
| 02-02-2023 | 9000 | 13.41 | $ 120,690.00 | | | | | | | - | 9000 | 9000 | $10.65 | $ 95,892.35 | $ 24,797.65 | $ 24,797.65 | $ 24,797.65 |
| 02-02-2023 | 1763 | 13.4 | $ 23,624.20 | | | | | | | - | 1763 | 1763 | $10.65 | $ 18,784.25 | $ 4,839.95 | $ 4,839.95 | $ 4,839.95 |
| 02-08-2023 | 33280 | 13.42 | $ 446,617.60 | | | | | | | - | 33280 | 33280 | $10.65 | $ 354,588.61 | $ 92,028.99 | $ 92,028.99 | $ 92,028.99 |
| 02-08-2023 | 23720 | 13.41 | $ 318,085.20 | | | | | | | - | 23720 | 23720 | $10.65 | $ 252,729.62 | $ 65,355.58 | $ 65,355.58 | $ 65,355.58 |
| 02-08-2023 | 56627 | 13.39 | $ 758,235.53 | | | | | | | - | 56627 | 56627 | $10.65 | $ 603,344.03 | $ 154,891.50 | $ 154,891.50 | $ 154,891.50 |
| 02-08-2023 | 3 | 13.394 | $ 40.18 | | | | | | | - | 3 | 3 | $10.65 | $ 31.96 | $ 08.22 | $ 08.22 | $ 08.22 |
| 02-08-2023 | 39 | 13.4041 | $ 522.76 | | | | | | | - | 39 | 39 | $10.65 | $ 415.53 | $ 107.23 | $ 107.23 | $ 107.23 |
| 03-01-2023 | 18350 | 12.35 | $ 226,622.50 | | | | | | | - | 18350 | 18350 | $10.65 | $ 195,513.85 | $ 31,108.65 | $ 31,108.65 | $ 31,108.65 |
| 03-15-2023 | 10000 | 11.39 | $ 113,900.00 | | | | | | | - | 10000 | 10000 | $10.65 | $ 106,547.06 | $ 7,352.94 | $ 7,352.94 | $ 7,352.94 |
| 03-15-2023 | 3093 | 11.3757 | $ 35,185.04 | | | | | | | - | 3093 | 3093 | $10.65 | $ 32,955.01 | $ 2,230.03 | $ 2,230.03 | $ 2,230.03 |
| 03-15-2023 | 5500 | 11.4797 | $ 63,138.35 | | | | | | | - | 5500 | 5500 | $10.65 | $ 58,600.88 | $ 4,537.47 | $ 4,537.47 | $ 4,537.47 |
| 03-15-2023 | 240 | 11.4701 | $ 2,752.82 | | | | | | | - | 240 | 240 | $10.65 | $ 2,557.13 | $ 195.69 | $ 195.69 | $ 195.69 |
| 03-15-2023 | 5000 | 11.73 | $ 58,650.00 | | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 5,376.47 | $ 5,376.47 | $ 5,376.47 |
| 03-17-2023 | 10000 | 11.3 | $ 113,000.00 | | | | | | | - | 10000 | 10000 | $10.65 | $ 106,547.06 | $ 6,452.94 | $ 6,452.94 | $ 6,452.94 |
| 04-05-2023 | 5000 | 12.2899 | $ 61,449.50 | | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 8,175.97 | $ 8,175.97 | $ 8,175.97 |
| 04-06-2023 | 4000 | 12.33 | $ 49,320.00 | | | | | | | - | 4000 | 4000 | $10.65 | $ 42,618.82 | $ 6,701.18 | $ 6,701.18 | $ 6,701.18 |
| 08-02-2023 | 10000 | 13.02 | $ 130,200.00 | | | | | | | - | 10000 | 10000 | $10.65 | $ 106,547.06 | $ 23,652.94 | $ 23,652.94 | $ 23,652.94 |
| 08-10-2023 | 10000 | 12.19 | $ 121,900.00 | | | | | | | - | 10000 | 10000 | $10.65 | $ 106,547.06 | $ 15,352.94 | $ 15,352.94 | $ 15,352.94 |
| 11-15-2023 | 1000 | 10.4799 | $ 10,479.90 | 02-06-2024 | 1000 | | $ 12.86 | $ 12,860.00 | | | - | - | $10.65 | | -$ 2,380.10 | -$ 2,380.10 | - |
| 11-15-2023 | 8263 | 10.4799 | $ 86,595.41 | | | | | | | - | 8263 | 8263 | $10.65 | $ 88,039.83 | -$ 1,444.42 | -$ 1,444.42 | -$ 1,444.42 |

| Trade Date | Shares Purchased | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from O | Proceeds from L | Shares Ret | Shares Retain | Per Share | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-05-2024 | 10000 | 11.62 | $116,200.00 | 02-06-2024 | 10000 | | $12.86 | $128,600.00 | - | | - | $10.65 | | | -$12,400.00 | -$12,400.00 | - |
| 02-05-2024 | 7967 | 11.6399 | $92,735.08 | 02-06-2024 | 7967 | | $12.86 | $102,455.62 | - | | - | $10.65 | | | -$9,720.54 | -$9,720.54 | - |
| 02-05-2024 | 1000 | 11.635 | $11,635.00 | 02-06-2024 | 1000 | | $12.86 | $12,860.00 | - | | - | $10.65 | | | -$1,225.00 | -$1,225.00 | - |
| 02-14-2024 | 1000 | 12.6191 | $12,619.10 | | | | | | - | 1000 | 1000 | $10.65 | $10,654.71 | $1,964.39 | $1,964.39 | $1,964.39 |
| 02-15-2024 | 1000 | 12.57 | $12,570.00 | | | | | | - | 1000 | 1000 | $10.65 | $10,654.71 | $1,915.29 | $1,915.29 | $1,915.29 |
| 02-15-2024 | 1000 | 12.57 | $12,570.00 | | | | | | - | 1000 | 1000 | $10.65 | $10,654.71 | $1,915.29 | $1,915.29 | $1,915.29 |
| 03-05-2024 | 7132 | 12.5299 | $89,363.25 | | | | | | - | 7132 | 7132 | $10.65 | $75,989.36 | $13,373.88 | $13,373.88 | $13,373.88 |
| 03-05-2024 | 40 | 12.5299 | $501.20 | | | | | | - | 40 | 40 | $10.65 | $426.19 | $75.01 | $75.01 | $75.01 |
| 03-26-2024 | 1 | 12.594 | $12.59 | 04-24-2024 | 1 | | $12.90 | $12.90 | - | | - | $10.65 | | | -$00.30 | -$00.30 | - |
| 03-26-2024 | 3 | 12.594 | $37.78 | | | | | | - | 3 | 3 | $10.65 | $31.96 | $05.82 | $05.82 | $05.82 |
| 05-31-2024 | 181 | 11.9597 | $2,164.71 | | | | | | - | 181 | 181 | $10.65 | $1,928.50 | $236.20 | $236.20 | $236.20 |
| 06-04-2024 | 5000 | 12.13 | $60,650.00 | | | | | | - | 5000 | 5000 | $10.65 | $53,273.53 | $7,376.47 | $7,376.47 | $7,376.47 |
| 06-04-2024 | 307 | 12.13 | $3,723.91 | | | | | | - | 307 | 307 | $10.65 | $3,270.99 | $452.92 | $452.92 | $452.92 |
| 07-02-2024 | 337 | 12.7899 | $4,310.20 | | | | | | - | 337 | 337 | $10.65 | $3,590.64 | $719.56 | $719.56 | $719.56 |
| 07-24-2024 | 4550 | 12.16 | $55,328.00 | | | | | | - | 4550 | 4550 | $10.65 | $48,478.91 | $6,849.09 | $6,849.09 | $6,849.09 |
| 07-24-2024 | 3150 | 12.1297 | $38,208.56 | | | | | | - | 3150 | 3150 | $10.65 | $33,562.32 | $4,646.23 | $4,646.23 | $4,646.23 |
| Matched against pre class period holdings | | | | 11-08-2021 | 171 | | $20.20 | $3,454.22 | - | | - | $10.65 | | | | | - |
| Matched against pre class period holdings | | | | 11-08-2021 | 1814 | | $20.22 | $36,679.08 | - | | - | $10.65 | | | | | - |
| **Total:** | **367,668** | | **$4,863,393.32** | | **41,953** | | | **$587,571.81** | | **327,700** | **327,700** | | **$3,499,083.90** | **$824,364.86** | **$821,134.57** | **$875,322.82** |

| | |
|---|---|
| Client Name | Ron Ferrante |
| Company Name | Ford Motor Company (Expanded CP) |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 10-28-2021 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $ 10.68 |
| Pre Class Period Holdings | 12400 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 45,654.74 |
| DURA LIFO* Total | $ 45,654.74 |
| *DURALIFO** Total* | $ 45,654.74 |
| Gross Shares Purchased | 9,253 |
| Net Shares Retained | -3,147 |
| Net Funds Expended | $ -105,881.39 |

### Ron Ferrante - Account 2

| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from O | Proceeds from L | Shares Ret | Shares Retain | Per Share | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-21-2022 | 2500 | 20.8282 | $52,070.50 | | | | | | - | 2500 | 2500 | $10.65 | $26,636.76 | $25,433.74 | $25,433.74 | $25,433.74 |
| 06-21-2022 | 240 | 11.44 | $2,745.60 | | | | | | - | 240 | 240 | $10.65 | $2,557.13 | $188.47 | $188.47 | $188.47 |
| 08-17-2022 | 995 | 16.06 | $15,979.70 | | | | | | - | 995 | 995 | $10.65 | $10,601.43 | $5,378.27 | $5,378.27 | $5,378.27 |
| 09-20-2022 | 2000 | 13.3789 | $26,757.80 | | | | | | - | 2000 | 2000 | $10.65 | $21,309.41 | $5,448.39 | $5,448.39 | $5,448.39 |
| 09-20-2022 | 1000 | 13.255 | $13,255.00 | | | | | | - | 1000 | 1000 | $10.65 | $10,654.71 | $2,600.29 | $2,600.29 | $2,600.29 |
| 09-20-2022 | 322 | 13.255 | $4,268.11 | | | | | | - | 322 | 322 | $10.65 | $3,430.82 | $837.29 | $837.29 | $837.29 |
| 12-01-2022 | 75 | 14.06 | $1,054.50 | | | | | | - | 75 | 75 | $10.65 | $799.10 | $255.40 | $255.40 | $255.40 |
| 02-08-2023 | 1870 | 13.39 | $25,039.30 | | | | | | - | 1870 | 1870 | $10.65 | $19,924.30 | $5,115.00 | $5,115.00 | $5,115.00 |
| 02-08-2023 | 1 | 13.425 | $13.43 | | | | | | - | 1 | 1 | $10.65 | $10.65 | $02.77 | $02.77 | $02.77 |
| 09-01-2023 | 114 | 12.215 | $1,392.51 | | | | | | - | 114 | 114 | $10.65 | $1,214.64 | $177.87 | $177.87 | $177.87 |
| 03-04-2024 | 6 | 12.8599 | $77.16 | | | | | | - | 6 | 6 | $10.65 | $63.93 | $13.23 | $13.23 | $13.23 |
| 03-04-2024 | 1 | 12.8565 | $12.86 | | | | | | - | 1 | 1 | $10.65 | $10.65 | $02.20 | $02.20 | $02.20 |
| 04-16-2024 | 1 | 12.125 | $12.13 | | | | | | - | 1 | 1 | $10.65 | $10.65 | $01.47 | $01.47 | $01.47 |
| 06-03-2024 | 128 | 12.2199 | $1,564.15 | | | | | | - | 128 | 128 | $10.65 | $1,363.80 | $200.34 | $200.34 | $200.34 |
| Matched against pre class period holdings | | | | 11-08-2021 | 12400 | | $20.17 | $250,124.12 | - | | - | $10.65 | | | | | - |
| **Total:** | **9,253** | | **$144,242.73** | | **12,400** | | | **$250,124.12** | | **9,253** | **9,253** | | **$98,800.80** | **$45,654.74** | **$45,654.74** | **$45,654.74** |

| | |
|---|---|
| Client Name | Ron Ferrante |
| Company Name | Ford Motor Company (Expanded CP) |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 10-28-2021 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $ 10.68 |
| Pre Class Period Holdings | 615 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 472.34 |
| DURA LIFO* Total | $ 472.34 |
| *DURALIFO** Total* | $ 472.34 |
| Gross Shares Purchased | 289 |
| Net Shares Retained | -326 |
| Net Funds Expended | $ -8,883.75 |

### Ron Ferrante - Account 3

| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from O | Proceeds from L | Shares Ret | Shares Retain | Per Share | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-30-2023 | 60 | 12.2999 | $737.99 | | | | | | - | 60 | 60 | $10.65 | $639.28 | $98.71 | $98.71 | $98.71 |
| 03-30-2023 | 200 | 12.295 | $2,459.00 | | | | | | - | 200 | 200 | $10.65 | $2,130.94 | $328.06 | $328.06 | $328.06 |
| 09-01-2023 | 5 | 12.2167 | $61.08 | | | | | | - | 5 | 5 | $10.65 | $53.27 | $07.81 | $07.81 | $07.81 |
| 12-04-2023 | 5 | 10.7798 | $53.90 | | | | | | - | 5 | 5 | $10.65 | $53.27 | $00.63 | $00.63 | $00.63 |
| 03-04-2024 | 12 | 12.8597 | $154.32 | | | | | | - | 12 | 12 | $10.65 | $127.86 | $26.46 | $26.46 | $26.46 |
| 06-03-2024 | 7 | 12.18 | $85.26 | | | | | | - | 7 | 7 | $10.65 | $74.58 | $10.68 | $10.68 | $10.68 |
| Matched against pre class period holdings | | | | 11-08-2021 | 615 | | $20.22 | $12,435.30 | - | | - | $10.65 | | | | | - |
| **Total:** | **289** | | **$3,551.55** | | **615** | | | **$12,435.30** | | **289** | **289** | | **$3,079.21** | **$472.34** | **$472.34** | **$472.34** |

| SUMMARY OF FINANCIAL INTEREST - ALL FUNDS | |
|---|---|
| LIFO Loss Total | $ 870,491.94 |
| DURALIFO* Total | $ 867,261.66 |
| *DURALIFO** Total* | $ 921,449.90 |
| Gross Shares Purchased | 377,210 |
| Net Shares Retained | 322,242 |
| Net Funds Expended | $ 4,161,056.37 |

| Client Name | Teamsters Local 710 Pension Fund |
|---|---|
| Company Name | Ford Motor Company (Expanded CP) |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 10-28-2021 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $10.65 |
| Pre Class Period Holdings | -- |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 350,181.59 |
| DURA LIFO* Total | $ 350,181.59 |
| *DURALIFO** Total* | $ 350,181.59 |
| Gross Shares Purchased | 109,100 |
| Net Shares Retained | 109,100 |
| Net Funds Expended | $ 1,512,610.00 |

**Labaton Sucharow LLP - Account 1**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from C | Proceeds from L | Shares Ret | Shares Retain | Per Share V | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 04-25-2022 | 5800 | 15.1 | $ 87,580.00 | | | | | | - | 5800 | 5800 | $10.65 | $ 61,797.29 | $ 25,782.71 | $ 25,782.71 | $ 25,782.71 |
| 04-26-2022 | 15300 | 14.87 | $ 227,511.00 | | | | | | - | 15300 | 15300 | $10.65 | $ 163,017.00 | $ 64,494.00 | $ 64,494.00 | $ 64,494.00 |
| 04-27-2022 | 4400 | 14.85 | $ 65,340.00 | | | | | | - | 4400 | 4400 | $10.65 | $ 46,880.71 | $ 18,459.29 | $ 18,459.29 | $ 18,459.29 |
| 04-28-2022 | 6700 | 14.65 | $ 98,155.00 | | | | | | - | 6700 | 6700 | $10.65 | $ 71,386.53 | $ 26,768.47 | $ 26,768.47 | $ 26,768.47 |
| 04-29-2022 | 5700 | 14.86 | $ 84,702.00 | | | | | | - | 5700 | 5700 | $10.65 | $ 60,731.82 | $ 23,970.18 | $ 23,970.18 | $ 23,970.18 |
| 05-02-2022 | 4700 | 14.05 | $ 66,035.00 | | | | | | - | 4700 | 4700 | $10.65 | $ 50,077.12 | $ 15,957.88 | $ 15,957.88 | $ 15,957.88 |
| 05-03-2022 | 24700 | 14.61 | $ 360,867.00 | | | | | | - | 24700 | 24700 | $10.65 | $ 263,171.24 | $ 97,695.76 | $ 97,695.76 | $ 97,695.76 |
| 10-18-2022 | 6100 | 12.05 | $ 73,505.00 | | | | | | - | 6100 | 6100 | $10.65 | $ 64,993.71 | $ 8,511.29 | $ 8,511.29 | $ 8,511.29 |
| 10-19-2022 | 9000 | 11.99 | $ 107,910.00 | | | | | | - | 9000 | 9000 | $10.65 | $ 95,892.35 | $ 12,017.65 | $ 12,017.65 | $ 12,017.65 |
| 10-20-2022 | 5800 | 11.93 | $ 69,194.00 | | | | | | - | 5800 | 5800 | $10.65 | $ 61,797.29 | $ 7,396.71 | $ 7,396.71 | $ 7,396.71 |
| 10-21-2022 | 900 | 11.92 | $ 10,728.00 | | | | | | - | 900 | 900 | $10.65 | $ 9,589.24 | $ 1,138.76 | $ 1,138.76 | $ 1,138.76 |
| 10-24-2022 | 4200 | 12.4 | $ 52,080.00 | | | | | | - | 4200 | 4200 | $10.65 | $ 44,749.76 | $ 7,330.24 | $ 7,330.24 | $ 7,330.24 |
| 10-25-2022 | 1900 | 12.62 | $ 23,978.00 | | | | | | - | 1900 | 1900 | $10.65 | $ 20,243.94 | $ 3,734.06 | $ 3,734.06 | $ 3,734.06 |
| 10-26-2022 | 1200 | 12.92 | $ 15,504.00 | | | | | | - | 1200 | 1200 | $10.65 | $ 12,785.65 | $ 2,718.35 | $ 2,718.35 | $ 2,718.35 |
| 10-28-2022 | 3500 | 13.25 | $ 46,375.00 | | | | | | - | 3500 | 3500 | $10.65 | $ 37,291.47 | $ 9,083.53 | $ 9,083.53 | $ 9,083.53 |
| 11-01-2022 | 1600 | 13.27 | $ 21,232.00 | | | | | | - | 1600 | 1600 | $10.65 | $ 17,047.53 | $ 4,184.47 | $ 4,184.47 | $ 4,184.47 |
| 11-02-2022 | 4600 | 13.39 | $ 61,594.00 | | | | | | - | 4600 | 4600 | $10.65 | $ 49,011.65 | $ 12,582.35 | $ 12,582.35 | $ 12,582.35 |
| 11-03-2022 | 3000 | 13.44 | $ 40,320.00 | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 8,355.88 | $ 8,355.88 | $ 8,355.88 |
| Total: | 109,100 | | $ 1,512,610.00 | | | | | | | 109,100 | 109,100 | | $ 1,162,428.41 | $ 350,181.59 | $ 350,181.59 | $ 350,181.59 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

** Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

| Client Name | Michael M. Press |
|---|---|
| Company Name | Ford Motor Company (Expanded CP) |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 10-28-2021 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $10.65 |
| Pre Class Period Holdings | -- |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $ 107,174.05 |
| DURA LIFO* Total | $ 106,324.60 |
| *DURALIFO** Total* | $ 132,080.60 |
| Gross Shares Purchased | 103,600 |
| Net Shares Retained | 81,800 |
| Net Funds Expended | $ 978,728.99 |

Scott+Scott Attorneys at Law LLP - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from C | Proceeds from L | | Shares Ret | Shares Retain | Per Share V | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 04-28-2022 | 1000 | 14.62 | $ 14,620.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 3,965.29 | $ 3,965.29 | $ 3,965.29 |
| 04-29-2022 | 1000 | 14.69 | $ 14,690.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 4,035.29 | $ 4,035.29 | $ 4,035.29 |
| 05-20-2022 | 300 | 12.15 | $ 3,645.00 | | | | | | | - | 300 | 300 | $10.65 | $ 3,196.41 | $ 448.59 | $ 448.59 | $ 448.59 |
| 06-01-2022 | 600 | 13.47 | $ 8,082.00 | | | | | | | - | 600 | 600 | $10.65 | $ 6,392.82 | $ 1,689.18 | $ 1,689.18 | $ 1,689.18 |
| 06-02-2022 | 200 | 13.87 | $ 2,774.00 | | | | | | | - | 200 | 200 | $10.65 | $ 2,130.94 | $ 643.06 | $ 643.06 | $ 643.06 |
| 06-10-2022 | 300 | 12.89 | $ 3,867.00 | | | | | | | - | 300 | 300 | $10.65 | $ 3,196.41 | $ 670.59 | $ 670.59 | $ 670.59 |
| 06-13-2022 | 600 | 12.3 | $ 7,380.00 | | | | | | | - | 600 | 600 | $10.65 | $ 6,392.82 | $ 987.18 | $ 987.18 | $ 987.18 |
| 06-24-2022 | 100 | 12.04 | $ 1,204.00 | | | | | | | - | 100 | 100 | $10.65 | $ 1,065.47 | $ 138.53 | $ 138.53 | $ 138.53 |
| 09-01-2022 | 238 | 15.06 | $ 3,584.28 | | | | | | | - | 238 | 238 | $10.65 | $ 2,535.82 | $ 1,048.46 | $ 1,048.46 | $ 1,048.46 |
| 09-01-2022 | 313 | 15.07 | $ 4,716.91 | | | | | | | - | 313 | 313 | $10.65 | $ 3,334.92 | $ 1,381.99 | $ 1,381.99 | $ 1,381.99 |
| 09-01-2022 | 149 | 15.05 | $ 2,242.45 | | | | | | | - | 149 | 149 | $10.65 | $ 1,587.55 | $ 654.90 | $ 654.90 | $ 654.90 |
| 09-01-2022 | 700 | 14.92 | $ 10,444.00 | | | | | | | - | 700 | 700 | $10.65 | $ 7,458.29 | $ 2,985.71 | $ 2,985.71 | $ 2,985.71 |
| 09-12-2022 | 200 | 15.55 | $ 3,110.00 | 09-27-2022 | 200 | | $ 12.19 | $ 2,438.00 | | - | - | - | $10.65 | | $ 672.00 | | - |
| 09-12-2022 | 550 | 15.55 | $ 8,552.50 | | | | | | | - | 550 | 550 | $10.65 | $ 5,860.09 | $ 2,692.41 | $ 2,692.41 | $ 2,692.41 |
| 02-02-2023 | 2500 | 13.37 | $ 33,425.00 | | | | | | | - | 2500 | 2500 | $10.65 | $ 26,636.76 | $ 6,788.24 | $ 6,788.24 | $ 6,788.24 |
| 02-03-2023 | 850 | 13.2 | $ 11,220.00 | | | | | | | - | 850 | 850 | $10.65 | $ 9,056.50 | $ 2,163.50 | $ 2,163.50 | $ 2,163.50 |
| 05-22-2023 | 1500 | 11.73 | $ 17,595.00 | | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | $ 1,612.94 | $ 1,612.94 | $ 1,612.94 |
| 05-25-2023 | 2000 | 11.37 | $ 22,740.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 1,430.59 | $ 1,430.59 | $ 1,430.59 |
| 05-26-2023 | 1500 | 11.72 | $ 17,580.00 | | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | $ 1,597.94 | $ 1,597.94 | $ 1,597.94 |
| 05-26-2023 | 5000 | 11.95 | $ 59,750.00 | | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 6,476.47 | $ 6,476.47 | $ 6,476.47 |
| 05-31-2023 | 2000 | 11.99 | $ 23,980.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 2,670.59 | $ 2,670.59 | $ 2,670.59 |
| 05-31-2023 | 3000 | 11.99 | $ 35,970.00 | | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 4,005.88 | $ 4,005.88 | $ 4,005.88 |
| 06-01-2023 | 700 | 12.08 | $ 8,456.00 | | | | | | | - | 700 | 700 | $10.65 | $ 7,458.29 | $ 997.71 | $ 997.71 | $ 997.71 |
| 06-01-2023 | 800 | 12.08 | $ 9,664.00 | | | | | | | - | 800 | 800 | $10.65 | $ 8,523.76 | $ 1,140.24 | $ 1,140.24 | $ 1,140.24 |
| 06-01-2023 | 1000 | 12.08 | $ 12,080.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,425.29 | $ 1,425.29 | $ 1,425.29 |
| 06-01-2023 | 2500 | 12.08 | $ 30,200.00 | | | | | | | - | 2500 | 2500 | $10.65 | $ 26,636.76 | $ 3,563.24 | $ 3,563.24 | $ 3,563.24 |
| 06-01-2023 | 5000 | 12.07 | $ 60,350.00 | | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 7,076.47 | $ 7,076.47 | $ 7,076.47 |
| 06-01-2023 | 5000 | 12.16 | $ 60,800.00 | | | | | | | - | 5000 | 5000 | $10.65 | $ 53,273.53 | $ 7,526.47 | $ 7,526.47 | $ 7,526.47 |
| 06-01-2023 | 1400 | 12.17 | $ 17,038.00 | | | | | | | - | 1400 | 1400 | $10.65 | $ 14,916.59 | $ 2,121.41 | $ 2,121.41 | $ 2,121.41 |
| 06-01-2023 | 3600 | 12.17 | $ 43,812.00 | | | | | | | - | 3600 | 3600 | $10.65 | $ 38,356.94 | $ 5,455.06 | $ 5,455.06 | $ 5,455.06 |
| 06-05-2023 | 1000 | 12.53 | $ 12,530.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,875.29 | $ 1,875.29 | $ 1,875.29 |
| 06-05-2023 | 1000 | 12.55 | $ 12,550.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,895.29 | $ 1,895.29 | $ 1,895.29 |
| 06-05-2023 | 1000 | 12.58 | $ 12,580.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,925.29 | $ 1,925.29 | $ 1,925.29 |
| 06-05-2023 | 1000 | 12.58 | $ 12,580.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,925.29 | $ 1,925.29 | $ 1,925.29 |
| 06-05-2023 | 1000 | 12.61 | $ 12,610.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,955.29 | $ 1,955.29 | $ 1,955.29 |
| 06-05-2023 | 2000 | 12.62 | $ 25,240.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 3,930.59 | $ 3,930.59 | $ 3,930.59 |
| 06-06-2023 | 3000 | 12.52 | $ 37,560.00 | | | | | | | - | 3000 | 3000 | $10.65 | $ 31,964.12 | $ 5,595.88 | $ 5,595.88 | $ 5,595.88 |
| 06-08-2023 | 1000 | 13.52 | $ 13,520.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,865.29 | $ 2,865.29 | $ 2,865.29 |
| 06-08-2023 | 1000 | 13.54 | $ 13,540.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,885.29 | $ 2,885.29 | $ 2,885.29 |
| 06-08-2023 | 1000 | 13.54 | $ 13,540.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,885.29 | $ 2,885.29 | $ 2,885.29 |
| 06-09-2023 | 400 | 13.96 | $ 5,584.00 | | | | | | | - | 400 | 400 | $10.65 | $ 4,261.88 | $ 1,322.12 | $ 1,322.12 | $ 1,322.12 |
| 06-09-2023 | 600 | 13.96 | $ 8,376.00 | | | | | | | - | 600 | 600 | $10.65 | $ 6,392.82 | $ 1,983.18 | $ 1,983.18 | $ 1,983.18 |
| 06-09-2023 | 1000 | 14 | $ 14,000.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 3,345.29 | $ 3,345.29 | $ 3,345.29 |
| 10-27-2023 | 1 | 10.37 | $ 10.37 | | | | | | | - | 1 | 1 | $10.65 | $ 10.65 | -$ 00.28 | -$ 00.28 | -$ 00.28 |
| 10-27-2023 | 1 | 10.37 | $ 10.37 | | | | | | | - | 1 | 1 | $10.65 | $ 10.65 | -$ 00.28 | -$ 00.28 | -$ 00.28 |
| 10-27-2023 | 1 | 10.38 | $ 10.38 | | | | | | | - | 1 | 1 | $10.65 | $ 10.65 | -$ 00.27 | -$ 00.27 | -$ 00.27 |
| 10-27-2023 | 35 | 10.38 | $ 363.30 | | | | | | | - | 35 | 35 | $10.65 | $ 372.91 | -$ 09.61 | -$ 09.61 | -$ 09.61 |
| 10-27-2023 | 96 | 10.36 | $ 994.56 | | | | | | | - | 96 | 96 | $10.65 | $ 1,022.85 | -$ 28.29 | -$ 28.29 | -$ 28.29 |
| 10-27-2023 | 385 | 10.37 | $ 3,992.45 | | | | | | | - | 385 | 385 | $10.65 | $ 4,102.06 | -$ 109.61 | -$ 109.61 | -$ 109.61 |
| 10-27-2023 | 481 | 10.37 | $ 4,987.97 | | | | | | | - | 481 | 481 | $10.65 | $ 5,124.91 | -$ 136.94 | -$ 136.94 | -$ 136.94 |
| 10-27-2023 | 500 | 10.38 | $ 5,190.00 | | | | | | | - | 500 | 500 | $10.65 | $ 5,327.35 | -$ 137.35 | -$ 137.35 | -$ 137.35 |
| 10-27-2023 | 1000 | 10.28 | $ 10,280.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | -$ 374.71 | -$ 374.71 | -$ 374.71 |
| 10-27-2023 | 1000 | 10.28 | $ 10,280.00 | | | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | -$ 374.71 | -$ 374.71 | -$ 374.71 |
| 10-27-2023 | 1500 | 10.39 | $ 15,585.00 | | | | | | | - | 1500 | 1500 | $10.65 | $ 15,982.06 | -$ 397.06 | -$ 397.06 | -$ 397.06 |
| 10-27-2023 | 2000 | 10.34 | $ 20,680.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | -$ 629.41 | -$ 629.41 | -$ 629.41 |
| 10-27-2023 | 1000 | 10.36 | $ 10,360.00 | 04-03-2024 | 1000 | | $ 13.50 | $ 13,500.00 | | - | - | - | $10.65 | | -$ 3,140.00 | -$ 3,140.00 | - |
| 10-27-2023 | 2000 | 10.36 | $ 20,720.00 | | | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | -$ 589.41 | -$ 589.41 | -$ 589.41 |
| 10-27-2023 | 700 | 10.35 | $ 7,245.00 | 12-01-2023 | 700 | | $ 10.32 | $ 7,224.00 | | - | - | - | $10.65 | | $ 21.00 | | - |
| 10-27-2023 | 3300 | 10.35 | $ 34,155.00 | 04-03-2024 | | 3300 | $ 13.50 | $ 44,550.00 | | - | - | - | $10.65 | | -$ 10,395.00 | -$ 10,395.00 | - |
| 10-27-2023 | 3000 | 10.4 | $ 31,200.00 | 11-29-2023 | 3000 | | $ 10.84 | $ 32,520.00 | | - | - | - | $10.65 | | -$ 1,320.00 | -$ 1,320.00 | - |
| 10-27-2023 | 355 | 10.4 | $ 3,692.00 | 12-01-2023 | 355 | | $ 10.33 | $ 3,667.15 | | - | - | - | $10.65 | | $ 24.85 | | - |
| 10-27-2023 | 1645 | 10.4 | $ 17,108.00 | 12-01-2023 | 1645 | | $ 10.32 | $ 16,976.40 | | - | - | - | $10.65 | | $ 131.60 | | - |
| 10-31-2023 | 1000 | 9.81 | $ 9,810.00 | 11-29-2023 | 1000 | | $ 10.85 | $ 10,850.00 | | - | - | - | $10.65 | | -$ 1,040.00 | -$ 1,040.00 | - |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-26-2024 | 100 | 11.97 | $ 1,197.00 | 04-03-2024 | 100 | $ 13.50 | $ 1,350.00 | - | | | $10.65 | | -$ 153.00 | -$ 153.00 | - |
| 03-14-2024 | 500 | 12.08 | $ 6,040.00 | 04-03-2024 | 500 | $ 13.50 | $ 6,750.00 | - | | | $10.65 | | -$ 710.00 | -$ 710.00 | - |
| 03-14-2024 | 900 | 12.11 | $ 10,899.00 | 03-28-2024 | 900 | $ 13.25 | $ 11,925.00 | - | | | $10.65 | | -$ 1,026.00 | -$ 1,026.00 | - |
| 03-14-2024 | 100 | 12.11 | $ 1,211.00 | 04-03-2024 | 100 | $ 13.50 | $ 1,350.00 | - | | | $10.65 | | -$ 139.00 | -$ 139.00 | - |
| 03-14-2024 | 900 | 12.11 | $ 10,899.00 | 03-27-2024 | 900 | $ 13.02 | $ 11,718.00 | - | | | $10.65 | | -$ 819.00 | -$ 819.00 | - |
| 03-14-2024 | 100 | 12.11 | $ 1,211.00 | 03-28-2025 | 100 | $ 13.25 | $ 1,325.00 | - | | | $10.65 | | -$ 114.00 | -$ 114.00 | - |
| 03-14-2024 | 1000 | 12.11 | $ 12,110.00 | 03-27-2024 | 1000 | $ 13.02 | $ 13,020.00 | - | | | $10.65 | | -$ 910.00 | -$ 910.00 | - |
| 03-14-2024 | 2000 | 12.15 | $ 24,300.00 | 03-27-2024 | 2000 | $ 13.02 | $ 26,040.00 | - | | | $10.65 | | -$ 1,740.00 | -$ 1,740.00 | - |
| 04-12-2024 | 100 | 12.78 | $ 1,278.00 | | | | | - | 100 | 100 | $10.65 | $ 1,065.47 | $ 212.53 | $ 212.53 | $ 212.53 |
| 04-12-2024 | 1000 | 12.52 | $ 12,520.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,865.29 | $ 1,865.29 | $ 1,865.29 |
| 04-12-2024 | 1000 | 12.69 | $ 12,690.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,035.29 | $ 2,035.29 | $ 2,035.29 |
| 04-12-2024 | 1000 | 12.8 | $ 12,800.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 2,145.29 | $ 2,145.29 | $ 2,145.29 |
| 04-12-2024 | 1900 | 12.78 | $ 24,282.00 | | | | | - | 1900 | 1900 | $10.65 | $ 20,243.94 | $ 4,038.06 | $ 4,038.06 | $ 4,038.06 |
| 04-15-2024 | 1000 | 12.48 | $ 12,480.00 | 04-24-2024 | 1000 | $ 13.55 | $ 13,550.00 | - | - | - | $10.65 | | -$ 1,070.00 | -$ 1,070.00 | - |
| 04-15-2024 | 1000 | 12.49 | $ 12,490.00 | 04-24-2024 | 1000 | $ 13.50 | $ 13,500.00 | - | - | - | $10.65 | | -$ 1,010.00 | -$ 1,010.00 | - |
| 04-15-2024 | 1000 | 12.52 | $ 12,520.00 | 04-24-2024 | 1000 | $ 13.37 | $ 13,370.00 | - | - | - | $10.65 | | -$ 850.00 | -$ 850.00 | - |
| 04-15-2024 | 1000 | 12.52 | $ 12,520.00 | 04-24-2024 | 1000 | $ 13.26 | $ 13,260.00 | - | - | - | $10.65 | | -$ 740.00 | -$ 740.00 | - |
| 04-15-2024 | 1000 | 12.57 | $ 12,570.00 | 04-23-2024 | 1000 | $ 13.15 | $ 13,150.00 | - | - | - | $10.65 | | -$ 580.00 | -$ 580.00 | - |
| 04-30-2024 | 300 | 12.2 | $ 3,660.00 | | | | | - | 300 | 300 | $10.65 | $ 3,196.41 | $ 463.59 | $ 463.59 | $ 463.59 |
| 04-30-2024 | 500 | 12.16 | $ 6,080.00 | | | | | - | 500 | 500 | $10.65 | $ 5,327.35 | $ 752.65 | $ 752.65 | $ 752.65 |
| 04-30-2024 | 500 | 12.18 | $ 6,090.00 | | | | | - | 500 | 500 | $10.65 | $ 5,327.35 | $ 762.65 | $ 762.65 | $ 762.65 |
| 04-30-2024 | 700 | 12.21 | $ 8,547.00 | | | | | - | 700 | 700 | $10.65 | $ 7,458.29 | $ 1,088.71 | $ 1,088.71 | $ 1,088.71 |
| 04-30-2024 | 1000 | 12.25 | $ 12,250.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,595.29 | $ 1,595.29 | $ 1,595.29 |
| 04-30-2024 | 1000 | 12.33 | $ 12,330.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,675.29 | $ 1,675.29 | $ 1,675.29 |
| 04-30-2024 | 1000 | 12.34 | $ 12,340.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,685.29 | $ 1,685.29 | $ 1,685.29 |
| 05-01-2024 | 1000 | 12.2 | $ 12,200.00 | | | | | - | 1000 | 1000 | $10.65 | $ 10,654.71 | $ 1,545.29 | $ 1,545.29 | $ 1,545.29 |
| 06-14-2024 | 2000 | 11.8 | $ 23,600.00 | | | | | - | 2000 | 2000 | $10.65 | $ 21,309.41 | $ 2,290.59 | $ 2,290.59 | $ 2,290.59 |
| 07-08-2024 | 400 | 12.98 | $ 5,192.00 | | | | | - | 400 | 400 | $10.65 | $ 4,261.88 | $ 930.12 | $ 930.12 | $ 930.12 |
| **Total:** | **103,600** | | **$ 1,250,762.54** | | **21,800** | | **$ 272,033.55** | | **81,800** | **81,800** | | **$ 871,554.94** | **$ 107,174.05** | **$ 106,324.60** | **$ 132,080.60** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

\*\* Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

| Client Name | Clark D. Crippen |
|---|---|
| Company Name | Ford Motor Company (Expanded CP) |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 10-28-2021 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $10.65 |
| Pre Class Period Holdings | -- |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 904,340.91 |
| DURA LIFO* Total | $ 904,340.91 |
| *DURALIFO\** Total* | $ 904,340.91 |
| Gross Shares Purchased | 67,546 |
| Net Shares Retained | 67,546 |
| Net Funds Expended | $ 1,624,023.67 |

### Robbins Geller Rudman & Dowd LLP - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from C | Proceeds from L | Shares Ret | Shares Retain | Per Share V | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 01-13-2022 | 300 | 24.14 | $ 7,242.00 | | | | | | - | 300 | 300 | $10.65 | $ 3,196.41 | $ 4,045.59 | $ 4,045.59 | $ 4,045.59 |
| 01-13-2022 | 15805 | 24.29 | $ 383,903.45 | | | | | | - | 15805 | 15805 | $10.65 | $ 168,397.63 | $ 215,505.82 | $ 215,505.82 | $ 215,505.82 |
| 01-13-2022 | 20000 | 24.29 | $ 485,800.00 | | | | | | - | 20000 | 20000 | $10.65 | $ 213,094.12 | $ 272,705.88 | $ 272,705.88 | $ 272,705.88 |
| 01-13-2022 | 20000 | 24.25 | $ 485,000.00 | | | | | | - | 20000 | 20000 | $10.65 | $ 213,094.12 | $ 271,905.88 | $ 271,905.88 | $ 271,905.88 |
| 01-13-2022 | 600 | 24.14 | $ 14,484.00 | | | | | | - | 600 | 600 | $10.65 | $ 6,392.82 | $ 8,091.18 | $ 8,091.18 | $ 8,091.18 |
| 01-13-2022 | 4144 | 24.14 | $ 100,036.16 | | | | | | - | 4144 | 4144 | $10.65 | $ 44,153.10 | $ 55,883.06 | $ 55,883.06 | $ 55,883.06 |
| 01-13-2022 | 4195 | 24.28 | $ 101,854.60 | | | | | | - | 4195 | 4195 | $10.65 | $ 44,696.49 | $ 57,158.11 | $ 57,158.11 | $ 57,158.11 |
| 01-26-2022 | 2002 | 19.23 | $ 38,498.46 | | | | | | - | 2002 | 2002 | $10.65 | $ 21,330.72 | $ 17,167.74 | $ 17,167.74 | $ 17,167.74 |
| 04-26-2022 | 500 | 14.41 | $ 7,205.00 | | | | | | - | 500 | 500 | $10.65 | $ 5,327.35 | $ 1,877.65 | $ 1,877.65 | $ 1,877.65 |
| Total: | 67,546 | | $ 1,624,023.67 | | | | | | | 67,546 | 67,546 | | $ 719,682.76 | $ 904,340.91 | $ 904,340.91 | $ 904,340.91 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

\*\* Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.