# EXHIBIT "H"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, JAMES D. FARLEY, JR., and JOHN T. LAWLER, <br><br> Defendants. | Case No.: 2:24-cv-12080-LVP-KGA <br><br> <u>CLASS ACTION</u> <br><br> Hon. Linda V. Parker |

**SUPPLEMENTAL DECLARATION OF RONALD A. FERRANTE IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Ronald A. Ferrante, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this supplemental declaration in further support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action against Ford Motor Company ("Ford"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      My transactions in Ford during the period October 28, 2021 through April 26, 2022 are attached hereto as Exhibit A. This period of time represents the expanded class period alleged in the recently filed action *Sklodowski v. Ford Motor Company, et al.*, Case No. 2:24-cv-12492-TGB-EAS (E.D. Mich.).

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

Date: October 18, 2024

Signed:
Mr. Ronald Ferrante (Oct 18, 2024 11:14 EDT)

Name: Ronald A. Ferrante

**EXHIBIT A**

| Account 1 |
|---|
| **Client Name** |
| Ronald A. Ferrante |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 11-08-2021 | S | -171 | $ 20.2001 |
| 11-08-2021 | S | -1814 | $ 20.2200 |
| 11-26-2021 | P | 1000 | $ 19.7250 |
| 12-06-2021 | P | 2000 | $ 18.7999 |
| 01-24-2022 | P | 2000 | $ 19.6000 |
| 01-24-2022 | P | 1500 | $ 19.6350 |
| 01-28-2022 | P | 1000 | $ 19.3050 |
| 02-03-2022 | P | 4259 | $ 19.0300 |
| 02-03-2022 | P | 741 | $ 19.0200 |
| 02-04-2022 | P | 5000 | $ 17.7099 |
| 02-04-2022 | P | 1500 | $ 18.0600 |
| 02-22-2022 | P | 1000 | $ 17.2550 |
| 02-24-2022 | P | 75 | $ 16.5490 |
| 02-24-2022 | P | 1925 | $ 16.5450 |
| 03-01-2022 | P | 2000 | $ 16.8394 |
| 03-07-2022 | P | 2000 | $ 15.8300 |
| 04-20-2022 | P | 1500 | $ 16.1200 |
| 04-26-2022 | P | 2000 | $ 15.0150 |
| 04-26-2022 | P | 3000 | $ 14.7500 |

| Account 2 |
|---|
| **Client Name** |
| Ronald A. Ferrante |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 11-08-2021 | S | -12400 | $ 20.1713 |
| 01-21-2022 | P | 2500 | $ 20.8282 |

| Account 3 |
|---|
| **Client Name** |
| Ronald A. Ferrante |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 11-08-2021 | S | -615 | $ 20.2200 |