VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD (P46787)
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

Local Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>               Defendants. | Civ. No. 2:24-cv-12080-LVP-KGA<br><br>CLASS ACTION |
| ROBERT SKLODOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>               Defendants. | Civ. No. 2:24-cv-12492-TGB-EAS<br><br>CLASS ACTION |

INDEX OF EXHIBITS

4894-1481-3676.v2

| Exhibit | Description |
|---------|-------------|
| 1 | Highlighted excerpts of Morningstar Equity Research analyst report dated July 31, 2024 |
| 2 | Highlighted excerpt of Piper Sandler Research analyst report dated July 24, 2024 |
| 3 | Highlighted excerpts of Ford Motor Company Q2 2024 Earnings Call Transcript dated July 24, 2024 |

DATED:  October 28, 2024

VANOVERBEKE, MICHAUD
 & TIMMONY, P.C.
THOMAS C. MICHAUD (P46787)


s/ Thomas C. Michaud
THOMAS C. MICHAUD

79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

Local Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

- 1 -

4894-1481-3676.v2

- 2 -

Proposed Lead Counsel for Proposed Lead
Plaintiff

- 2 -

4894-1481-3676.v2