# EXHIBIT 2

**PIPER | SANDLER**

COMPANY NOTE
July 24, 2024

# Ford Motor Company (F)                                    Neutral

## Lots to Like (Especially Ford Pro), But We Remain Neutral After Q2 Profit Miss

## CONCLUSION

We are reiterating our Neutral rating, following Ford's Q2 earnings call. The stock is indicated lower by ~11% in after-hours trading, due (in our view) to unwelcome warranty headwinds. Ford referenced quality problems on vehicles from the 2016 and 2021 model years, and to address these concerns, the company is shouldering a higher-than-expected warranty burden. As a result, EBIT was flat vs. Q1, despite a 12% q/q increase in revenue. We are cutting our 2024 EPS estimate as a result. Ford Pro is a unique asset with recurring revenue and persistently high EBIT margin (>15% again in Q2), but this is balanced against nagging quality issues and losses exceeding $1B/quarter in the Model e (electric vehicle) segment. Our price target is unchanged at $13.

- 2Q24 revenue of $47.8B was largely in-line with consensus estimates

- 2Q24 EBIT of $2.8B missed PSC/consensus estimates of $3.2B/$3.7B

- Adjusted EPS of $0.47 missed PSC/consensus estimates of $0.57/$0.68

- FY24 EBIT guidance of $10B-$12B was unchanged...

- ...but after Q1, the high end of the range seemed doable; now, we're less certain

- It's not a demand problem: freshened products are driving robust pricing and revenue

- Our revenue estimates for 2024/2025 are actually moving slightly higher...

- ...but due to lower margins and warranty spending, we're cutting our EPS estimates

- All else equal, these estimate revisions have a negative impact on our price target

- However, we use DCF to value Ford, and 2024 cash flow guidance was boosted by $1B

- In sum, these modeling changes result in a price target of $13/share (unchanged)

- We still assign $10/share to the auto business, using DCF (WACC flat at 11%)

- We also still value the "FinCo" at $3/share, based on 1x book value

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Labor disputes, supply chain bottlenecks, volatile raw material prices, competition in China & Europe, margin degradation due to the EV transition, high interest rates, trade wars

## COMPANY DESCRIPTION

Ford is a top North American automaker, with a strong presence in trucks, SUVs, and vans

**PRICE: US$13.67**
**TARGET: US$13.00**
Our 12-month price target is based on a 20-year DCF for the automotive business ($10/share), plus 1x book value for Ford Credit ($3/share), and a WACC of 11% for the automotive segment DCF.

**Alexander Potter**
Sr Research Analyst, Piper Sandler & Co.
612 303-6709, alexander.potter@psc.com

**Ben Johnson**
Research Analyst, Piper Sandler & Co.
612 303-6212, ben.johnson@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Neutral |
| Price Tgt | — | US$13.00 |
| FY24E Rev (mil) | US$178,697 | US$179,013 |
| FY25E Rev (mil) | US$174,156 | US$174,643 |
| FY24E EPS | US$2.04 | US$1.94 |
| FY25E EPS | US$1.66 | US$1.67 |

| | |
|---|---|
| 52-Week High / Low | US$14.85 / US$9.63 |
| Shares Out (mil) | 4,022.0 |
| Market Cap. (mil) | US$54,980.7 |
| Total Assets ($mil) | 276,586 |
| Avg Daily Vol (000) | 49,291 |
| Div Yield | 0.00% |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2023A | 41,474.0 | 44,954.0 | 43,801.0 | 45,962.0 | 176,191 | 0.3x | 0.63 | 0.72 | 0.39 | 0.29 | 2.03 | 6.7x |
| 2024E | 42,777.0A | 47,808.0A | 43,919.0 | 44,509.0 | 179,013 | 0.3x | 0.49A | 0.47A | 0.52 | 0.46 | 1.94 | 7.0x |
| 2025E | 41,804.0 | 46,592.0 | 42,847.0 | 43,400.0 | 174,643 | 0.3x | 0.39 | 0.43 | 0.45 | 0.40 | 1.67 | 8.2x |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 4 - 5 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.