**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALBERT GUZMAN,

    Plaintiffs,

v.

    Case No. 24-12080
    Honorable Linda V. Parker

FORD MOTOR COMPANY, et al.,

    Defendants.
_____/

**NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE**

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON**

==November 21, 2024 at 1:00 PM== for Telephonic Status Conference. **Counsel shall call the Court's conference line at 1-810-674-0063 and use Access Code 358312102#.**

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: November 7, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 7, 2024, by electronic and/or U.S. First Class mail.

    s/ A. Flanigan
    Case Manager