UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT GUZMAN, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.                                                                    Case No. 24-cv-12080
                                                                     Honorable Linda V. Parker

FORD MOTOR COMPANY,
JAMES D. FARLEY, JR., and
JOHN T. LAWLER,

        Defendants.
_____/

ROBERT SKLODOWSKI, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.                                                                    Case No. 24-cv-12492
                                                                     Honorable Linda V. Parker

FORD MOTOR COMPANY,
JAMES D. FARLEY, JR., and
JOHN T. LAWLER,

        Defendants.
_____/

## ORDER CONSOLIDATING CASES AND ADMINISTRATIVELY CLOSING CIVIL CASE NO. 24-cv-12492

1

Rule 42(a) of the Federal Rules of Civil Procedure authorizes consolidation of actions that involve a common question of law or fact. *See Cantrell v. GAF Corp.*, 999 F.2d 1007, 1010 (6th Cir. 1993). Whether a case should be consolidated is a matter within the discretion of the trial court. *See id*. at 1011. "The objective of consolidation is to administer the court's business with expedition and economy while providing justice to the parties." *Gamboa v. Ford Motor Co.*, 381 F. Supp. 3d 853, 866 (E.D. Mich. 2019) (citing *Advey v. Celotex Corp.*, 962 F.2d 1177, 1181 (6th Cir. 1992)). Courts weigh the interests of judicial economy against the potential for new delays, expense, confusion, or prejudice. *See Banacki v. OneWest Bank, FSB*, 276 F.R.D. 567, 571 (E.D. Mich. 2011).

The captioned cases share common questions of law and fact as they each stem from alleged violations of the Securities Exchange Act of 1934 against the same defendants during overlapping class periods. Consolidation will promote judicial economy and the parties will not be prejudiced.

Accordingly,

**IT IS ORDERED** that these matters are **CONSOLIDATED**, with Civil Case No. 24-cv-12080 being the lead case. Civil Case No. 24-cv-12492 is **ADMINISTRATIVELY CLOSED**. All future filings shall be docketed solely in

Civil Case No. 24-cv-12080.

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: November 26, 2024