VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD (P46787)
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

Local Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, et al., <br><br>Defendants. | Civ. No. 2:24-cv-12080-LVP-KGA (Consolidated) <br><br> CLASS ACTION |

INDEX OF EXHIBITS

4934-6072-9345.v2

| Exhibit | Description |
|---|---|
| A | Notice of pendency of first-filed class action published in *Business Wire* on August 8, 2024 |
| B | Clark D. Crippen's Certification |
| C | Mr. Crippen's estimated losses, prepared by counsel |
| D | Declaration of Clark D. Crippen |

DATED:  November 27, 2024

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD (P46787)

s/ Thomas C. Michaud
THOMAS C. MICHAUD

79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

- 1 -

4934-6072-9345.v2