**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated, | No. 2:24-cv-12080-LVP-KGA |
| Plaintiff, | District Judge Linda V. Parker |
| v. | Magistrate Judge Kimberly G. Altman |
| FORD MOTOR COMPANY, JAMES D. FARLEY, JR., and JOHN T. LAWLER, | |
| Defendants. | |

**<u>INDEX OF EXHIBITS</u>**

EXHIBIT A:      Signed Certification of Teamsters Local 710 Pension Fund ("Teamsters 710") pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:      Loss analysis for Teamsters 710;

EXHIBIT C:      Notice of pendency of *Guzman v. Ford Motor Company,* No. 24-cv-12080-LVP-KGA (E.D. Mich.);

EXHIBIT D:      Notice of pendency of *Sklodowski v. Ford Motor Company*, No. 24-cv-12492-TGB-EAS (E.D. Mich.);

EXHIBIT E:      Firm Resume of Labaton Keller Sucharow LLP.