# EXHIBIT B

| Client Name | Ronald A. Ferrante |
|---|---|
| Company Name | Ford Motor Company |
| Ticker Symbol | F |
| Security Type | |
| Class Period Start | 04-27-2022 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-06-2024 |
| 90-DAY Lookback Average | $ 10.65 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $600,535.02 |
| DURA LIFO* Total | $597,304.73 |
| Gross Shares Purchased | 335,168 |
| Net Shares Retained | 295,200 |
| Net Funds Expended | $3,745,746.31 |

**Ronald A. Ferrante - Account 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-28-2022 | 4000 | 14.0428 | $ 56,171.20 | | | | | | - | 4000 | 4000 | $ 10.65 | $ 42,618.04 | $ 13,553.16 | $ 13,553.16 |
| 05-11-2022 | 6000 | 12.98 | $ 77,880.00 | | | | | | - | 6000 | 6000 | $ 10.65 | $ 63,927.06 | $ 13,952.94 | $ 13,952.94 |
| 05-18-2022 | 2500 | 12.8068 | $ 32,017.00 | | | | | | - | 2500 | 2500 | $ 10.65 | $ 26,636.27 | $ 5,380.73 | $ 5,380.73 |
| 05-18-2022 | 2500 | 12.775 | $ 31,937.50 | | | | | | - | 2500 | 2500 | $ 10.65 | $ 26,636.27 | $ 5,301.23 | $ 5,301.23 |
| 06-13-2022 | 3000 | 11.935 | $ 35,805.00 | | | | | | - | 3000 | 3000 | $ 10.65 | $ 31,963.53 | $ 3,841.47 | $ 3,841.47 |
| 06-21-2022 | 568 | 11.47 | $ 6,514.96 | | | | | | - | 568 | 568 | $ 10.65 | $ 6,051.76 | $ 463.20 | $ 463.20 |
| 06-24-2022 | 1192 | 11.6299 | $ 13,862.84 | | | | | | - | 1192 | 1192 | $ 10.65 | $ 12,700.18 | $ 1,162.67 | $ 1,162.67 |
| 06-24-2022 | 4988 | 12 | $ 59,856.00 | | | | | | - | 4988 | 4988 | $ 10.65 | $ 53,144.69 | $ 6,711.31 | $ 6,711.31 |
| 06-24-2022 | 12 | 11.99 | $ 143.88 | | | | | | - | 12 | 12 | $ 10.65 | $ 127.85 | $ 16.03 | $ 16.03 |
| 06-30-2022 | 5000 | 11.12 | $ 55,600.00 | | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 2,327.45 | $ 2,327.45 |
| 07-05-2022 | 2500 | 10.735 | $ 26,837.50 | | | | | | - | 2500 | 2500 | $ 10.65 | $ 26,636.27 | $ 201.23 | $ 201.23 |
| 08-12-2022 | 2500 | 16.015 | $ 40,037.50 | | | | | | - | 2500 | 2500 | $ 10.65 | $ 26,636.27 | $ 13,401.23 | $ 13,401.23 |
| 08-15-2022 | 2000 | 16.05 | $ 32,100.00 | | | | | | - | 2000 | 2000 | $ 10.65 | $ 21,309.02 | $ 10,790.98 | $ 10,790.98 |
| 08-15-2022 | 3000 | 16.05 | $ 48,150.00 | | | | | | - | 3000 | 3000 | $ 10.65 | $ 31,963.53 | $ 16,186.47 | $ 16,186.47 |
| 08-17-2022 | 5000 | 16.2 | $ 81,000.00 | | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 27,727.45 | $ 27,727.45 |
| 08-17-2022 | 507 | 16.05 | $ 8,137.35 | 02-02-2023 | 507 | | $ 14.54 | $ 7,369.25 | - | - | - | $ 10.65 | | $ 768.11 | |
| 08-17-2022 | 1862 | 16.05 | $ 29,885.10 | | | | | | - | 1862 | 1862 | $ 10.65 | $ 19,838.70 | $ 10,046.40 | $ 10,046.40 |
| 08-17-2022 | 1636 | 16.04 | $ 26,241.44 | 02-02-2023 | 1636 | | $ 14.54 | $ 23,779.26 | - | - | - | $ 10.65 | | $ 2,462.18 | |
| 09-20-2022 | 1678 | 13.1001 | $ 21,981.97 | 02-02-2023 | 1678 | | $ 14.54 | $ 24,389.73 | - | - | - | $ 10.65 | | -$ 2,407.76 | -$ 2,407.76 |
| 09-22-2022 | 4000 | 13.19 | $ 52,760.00 | 02-02-2023 | 4000 | | $ 14.54 | $ 58,140.00 | - | - | - | $ 10.65 | | -$ 5,380.00 | -$ 5,380.00 |
| 12-01-2022 | 2000 | 14.06 | $ 28,120.00 | 02-02-2023 | 2000 | | $ 14.54 | $ 29,070.00 | - | - | - | $ 10.65 | | -$ 950.00 | -$ 950.00 |
| 12-02-2022 | 179 | 13.8839 | $ 2,485.22 | 02-02-2023 | 179 | | $ 14.54 | $ 2,601.77 | - | - | - | $ 10.65 | | -$ 116.55 | -$ 116.55 |
| 01-13-2023 | 8400 | 12.57 | $ 105,588.00 | 02-02-2023 | 8400 | | $ 14.53 | $ 122,052.00 | - | - | - | $ 10.65 | | -$ 16,464.00 | -$ 16,464.00 |
| 01-13-2023 | 1600 | 12.565 | $ 20,104.00 | 02-02-2023 | 1600 | | $ 14.53 | $ 23,248.00 | - | - | - | $ 10.65 | | -$ 3,144.00 | -$ 3,144.00 |
| 02-02-2023 | 10000 | 13.3 | $ 133,000.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 26,454.90 | $ 26,454.90 |
| 02-02-2023 | 1000 | 13.33 | $ 13,330.00 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 2,675.49 | $ 2,675.49 |
| 02-02-2023 | 9000 | 13.41 | $ 120,690.00 | | | | | | - | 9000 | 9000 | $ 10.65 | $ 95,890.59 | $ 24,799.41 | $ 24,799.41 |
| 02-02-2023 | 1763 | 13.4 | $ 23,624.20 | | | | | | - | 1763 | 1763 | $ 10.65 | $ 18,783.90 | $ 4,840.30 | $ 4,840.30 |
| 02-08-2023 | 33280 | 13.42 | $ 446,617.60 | | | | | | - | 33280 | 33280 | $ 10.65 | $ 354,582.09 | $ 92,035.51 | $ 92,035.51 |
| 02-08-2023 | 23720 | 13.41 | $ 318,085.20 | | | | | | - | 23720 | 23720 | $ 10.65 | $ 252,724.97 | $ 65,360.23 | $ 65,360.23 |
| 02-08-2023 | 56627 | 13.39 | $ 758,235.53 | | | | | | - | 56627 | 56627 | $ 10.65 | $ 603,332.93 | $ 154,902.60 | $ 154,902.60 |
| 02-08-2023 | 3 | 13.394 | $ 40.18 | | | | | | - | 3 | 3 | $ 10.65 | $ 31.96 | $ 08.22 | $ 08.22 |
| 02-08-2023 | 39 | 13.4041 | $ 522.76 | | | | | | - | 39 | 39 | $ 10.65 | $ 415.53 | $ 107.23 | $ 107.23 |
| 03-01-2023 | 18350 | 12.35 | $ 226,622.50 | | | | | | - | 18350 | 18350 | $ 10.65 | $ 195,510.25 | $ 31,112.25 | $ 31,112.25 |
| 03-15-2023 | 10000 | 11.39 | $ 113,900.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 7,354.90 | $ 7,354.90 |
| 03-15-2023 | 3093 | 11.3757 | $ 35,185.04 | | | | | | - | 3093 | 3093 | $ 10.65 | $ 32,954.40 | $ 2,230.64 | $ 2,230.64 |
| 03-15-2023 | 5500 | 11.4797 | $ 63,138.35 | | | | | | - | 5500 | 5500 | $ 10.65 | $ 58,599.80 | $ 4,538.55 | $ 4,538.55 |
| 03-15-2023 | 240 | 11.4701 | $ 2,752.82 | | | | | | - | 240 | 240 | $ 10.65 | $ 2,557.08 | $ 195.74 | $ 195.74 |
| 03-15-2023 | 5000 | 11.73 | $ 58,650.00 | | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 5,377.45 | $ 5,377.45 |
| 03-17-2023 | 10000 | 11.3 | $ 113,000.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 6,454.90 | $ 6,454.90 |
| 04-05-2023 | 5000 | 12.2899 | $ 61,449.50 | | | | | | - | 5000 | 5000 | $ 10.65 | $ 53,272.55 | $ 8,176.95 | $ 8,176.95 |
| 04-06-2023 | 4000 | 12.33 | $ 49,320.00 | | | | | | - | 4000 | 4000 | $ 10.65 | $ 42,618.04 | $ 6,701.96 | $ 6,701.96 |
| 08-02-2023 | 10000 | 13.02 | $ 130,200.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 23,654.90 | $ 23,654.90 |
| 08-10-2023 | 10000 | 12.19 | $ 121,900.00 | | | | | | - | 10000 | 10000 | $ 10.65 | $ 106,545.10 | $ 15,354.90 | $ 15,354.90 |
| 11-15-2023 | 1000 | 10.4799 | $ 10,479.90 | 02-06-2024 | 1000 | | $ 12.86 | $ 12,860.00 | - | - | - | $ 10.65 | | -$ 2,380.10 | -$ 2,380.10 |
| 11-15-2023 | 8263 | 10.4799 | $ 86,595.41 | | | | | | - | 8263 | 8263 | $ 10.65 | $ 88,038.21 | -$ 1,442.80 | -$ 1,442.80 |
| 02-05-2024 | 10000 | 11.62 | $ 116,200.00 | 02-06-2024 | 10000 | | $ 12.86 | $ 128,600.00 | - | - | - | $ 10.65 | | -$ 12,400.00 | -$ 12,400.00 |
| 02-05-2024 | 7967 | 11.6399 | $ 92,735.08 | 02-06-2024 | 7967 | | $ 12.86 | $ 102,455.62 | - | - | - | $ 10.65 | | -$ 9,720.54 | -$ 9,720.54 |
| 02-05-2024 | 1000 | 11.635 | $ 11,635.00 | 02-06-2024 | 1000 | | $ 12.86 | $ 12,860.00 | - | - | - | $ 10.65 | | -$ 1,225.00 | -$ 1,225.00 |
| 02-14-2024 | 1000 | 12.6191 | $ 12,619.10 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 1,964.59 | $ 1,964.59 |
| 02-15-2024 | 1000 | 12.57 | $ 12,570.00 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 1,915.49 | $ 1,915.49 |
| 02-15-2024 | 1000 | 12.57 | $ 12,570.00 | | | | | | - | 1000 | 1000 | $ 10.65 | $ 10,654.51 | $ 1,915.49 | $ 1,915.49 |
| 03-05-2024 | 7132 | 12.5299 | $ 89,363.25 | | | | | | - | 7132 | 7132 | $ 10.65 | $ 75,987.96 | $ 13,375.28 | $ 13,375.28 |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-05-2024 | 40 | 12.3299 | $501.20 | | | | | | - | 40 | 40 | $10.65 | $426.18 | $75.02 | $75.02 |
| 03-26-2024 | 1 | 12.594 | $12.59 | 04-24-2024 | 1 | | $12.90 | $12.90 | - | - | - | $10.65 | | -$00.30 | -$00.30 |
| 03-26-2024 | 3 | 12.594 | $37.78 | | | | | | - | 3 | 3 | $10.65 | $31.96 | $05.82 | $05.82 |
| 05-31-2024 | 181 | 11.9597 | $2,164.71 | | | | | | - | 181 | 181 | $10.65 | $1,928.47 | $236.24 | $236.24 |
| 06-04-2024 | 5000 | 12.13 | $60,650.00 | | | | | | - | 5000 | 5000 | $10.65 | $53,272.55 | $7,377.45 | $7,377.45 |
| 06-04-2024 | 307 | 12.13 | $3,723.91 | | | | | | - | 307 | 307 | $10.65 | $3,270.93 | $452.98 | $452.98 |
| 07-02-2024 | 337 | 12.7899 | $4,310.20 | | | | | | - | 337 | 337 | $10.65 | $3,590.57 | $719.63 | $719.63 |
| 07-24-2024 | 4550 | 12.16 | $55,328.00 | | | | | | - | 4550 | 4550 | $10.65 | $48,478.02 | $6,849.98 | $6,849.98 |
| 07-24-2024 | 3150 | 12.1297 | $38,208.56 | | | | | | - | 3150 | 3150 | $10.65 | $33,561.71 | $4,646.85 | $4,646.85 |
| **Total:** | **335,168** | | **$4,293,184.83** | | **39,968** | | | **$547,438.52** | | **295,200** | **295,200** | | **$3,145,211.29** | **$600,535.02** | **$597,304.73** |

| | |
|---|---|
| **Client Name** | Ronald A. Ferrante |
| **Company Name** | Ford Motor Company |
| **Ticker Symbol** | F |
| **Security Type** | |
| **Class Period Start** | 04-27-2022 |
| **Class Period End** | 07-24-2024 |
| **90-DAY Lookback Period Start** | 07-25-2024 |
| **90-DAY Lookback Period End** | 10-06-2024 |
| **90-DAY Lookback Average** | $ 10.65 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $20,222.33 |
| DURA LIFO* Total | $20,222.33 |
| Gross Shares Purchased | 6,753 |
| Net Shares Retained | 6,753 |
| Net Funds Expended | $92,172.23 |

## Ronald A. Ferrante - Account 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-21-2022 | 240 | 11.44 | $2,745.60 | | | | | | - | 240 | 240 | $10.65 | $2,557.08 | $188.52 | $188.52 |
| 08-17-2022 | 995 | 16.06 | $15,979.70 | | | | | | - | 995 | 995 | $10.65 | $10,601.24 | $5,378.46 | $5,378.46 |
| 09-20-2022 | 2000 | 13.3789 | $26,757.80 | | | | | | - | 2000 | 2000 | $10.65 | $21,309.02 | $5,448.78 | $5,448.78 |
| 09-20-2022 | 1000 | 13.255 | $13,255.00 | | | | | | - | 1000 | 1000 | $10.65 | $10,654.51 | $2,600.49 | $2,600.49 |
| 09-20-2022 | 322 | 13.255 | $4,268.11 | | | | | | - | 322 | 322 | $10.65 | $3,430.75 | $837.36 | $837.36 |
| 12-01-2022 | 75 | 14.06 | $1,054.50 | | | | | | - | 75 | 75 | $10.65 | $799.09 | $255.41 | $255.41 |
| 02-08-2023 | 1870 | 13.39 | $25,039.30 | | | | | | - | 1870 | 1870 | $10.65 | $19,923.93 | $5,115.37 | $5,115.37 |
| 02-08-2023 | 1 | 13.425 | $13.43 | | | | | | - | 1 | 1 | $10.65 | $10.65 | $02.77 | $02.77 |
| 09-01-2023 | 114 | 12.215 | $1,392.51 | | | | | | - | 114 | 114 | $10.65 | $1,214.61 | $177.90 | $177.90 |
| 03-04-2024 | 6 | 12.8599 | $77.16 | | | | | | - | 6 | 6 | $10.65 | $63.93 | $13.23 | $13.23 |
| 03-04-2024 | 1 | 12.8565 | $12.86 | | | | | | - | 1 | 1 | $10.65 | $10.65 | $02.20 | $02.20 |
| 04-16-2024 | 1 | 12.125 | $12.13 | | | | | | - | 1 | 1 | $10.65 | $10.65 | $01.47 | $01.47 |
| 06-03-2024 | 128 | 12.2199 | $1,564.15 | | | | | | - | 128 | 128 | $10.65 | $1,363.78 | $200.37 | $200.37 |
| **Total:** | **6,753** | | **$92,172.23** | | | | | | | **6,753** | **6,753** | | **$71,949.90** | **$20,222.33** | **$20,222.33** |

| | |
|---|---|
| **Client Name** | Ronald A. Ferrante |
| **Company Name** | Ford Motor Company |
| **Ticker Symbol** | F |
| **Security Type** | |
| **Class Period Start** | 04-27-2022 |
| **Class Period End** | 07-24-2024 |
| **90-DAY Lookback Period Start** | 07-25-2024 |
| **90-DAY Lookback Period End** | 10-06-2024 |
| **90-DAY Lookback Average** | $ 10.65 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $472.40 |
| DURA LIFO* Total | $472.40 |
| Gross Shares Purchased | 289 |
| Net Shares Retained | 289 |
| Net Funds Expended | $3,551.55 |

## Ronald A. Ferrante - Account 3

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-30-2023 | 60 | 12.2999 | $737.99 | | | | | | - | 60 | 60 | $10.65 | $639.27 | $98.72 | $98.72 |
| 03-30-2023 | 200 | 12.295 | $2,459.00 | | | | | | - | 200 | 200 | $10.65 | $2,130.90 | $328.10 | $328.10 |
| 09-01-2023 | 5 | 12.2167 | $61.08 | | | | | | - | 5 | 5 | $10.65 | $53.27 | $07.81 | $07.81 |
| 12-04-2023 | 5 | 10.7798 | $53.90 | | | | | | - | 5 | 5 | $10.65 | $53.27 | $00.63 | $00.63 |
| 03-04-2024 | 12 | 12.8597 | $154.32 | | | | | | - | 12 | 12 | $10.65 | $127.85 | $26.46 | $26.46 |
| 06-03-2024 | 7 | 12.18 | $85.26 | | | | | | - | 7 | 7 | $10.65 | $74.58 | $10.68 | $10.68 |
| **Total:** | **289** | | **$3,551.55** | | | | | | | **289** | **289** | | **$3,079.15** | **$472.40** | **$472.40** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $621,229.74 |

| | |
|---|---:|
| **DURALIFO\* Total** | $617,999.46 |
| **Gross Shares Purchased** | 342,210 |
| **Net Shares Retained** | 302,242 |
| **Net Funds Expended** | $3,841,470.10 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.