**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ALBERT GUZMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, JAMES D. FARLEY, JR., and JOHN T. LAWLER,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-12080-LVP-KGA<br><br><u>CLASS ACTION</u><br>(Consolidated)<br><br>Hon. Linda V. Parker |

**SUPPLEMENTAL INDEX OF EXHIBITS IN FURHTER SUPPORT OF RONALD A. FERRANTE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**Exhibit F**:　Loss Chart reflecting calculations for movants under *Guzman* Class Period;

**Exhibit G**:　Loss Chart reflecting calculations for movants under *Sklodowski* Class Period;

**Exhibit H**:　Supplemental Declaration signed by Ronald A. Ferrante;

**Exhibit I**:　Press Release dated October 4, 2024 by Glancy, Prongay & Murray LLP;

**Exhibit J**:　Press Release dated October 3, 2024 by Robbins, Geller, Rudman & Dowd LLP; and

**Exhibit K**:  Press Release dated March 2, 2022 by Ford Motor Company.


Dated: November 27, 2024                    Respectfully Submitted,

**SHEA LAW, PLLC**

*/s/ David J. Shea*
David J. Shea (P41399)
Ashley D. Shea (P82471)
26100 American Drive, 2nd Floor
Southfield, MI 48034
(248) 354-0224
david.shea@shealaw.com
ashley.shea@shealaw.com

*Liaison Counsel for Movant and
[Proposed] Liaison Counsel for the
Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Movant and
[Proposed] Lead Counsel for the Class*