# EXHIBIT "I"

 | **GlobeNewswire**

## Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Ford Motor Company (F)



NEWS PROVIDED BY
Glancy Prongay & Murray LLP
Oct 04, 2024, 2:07 PM ET

LOS ANGELES, Oct. 04, 2024 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 7, 2024** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Ford Motor Company ("Ford" or the "Company") (NYSE: F) securities between **October 28, 2021 and July 24, 2024**, inclusive (the "Class Period").

If you suffered a loss on your Ford investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/Ford-Motor-

Company-1/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

On July 24, 2024, after the market closed, Ford announced second quarter 2024 financial results, revealing that the Company's "[p]rofitability was affected by an increase in warranty reserves" and "higher warranty costs." As a result, the Company also revised its outlook for full year earnings for its electric vehicle segment to "reflect[] higher warranty costs than originally planned." Analysts and journalists, including *The Associated Press* and *The Washington Post*, reported that, in the second quarter, warranty and recall costs totaled $2.3 billion, $800 million more than the first quarter and $700 million more than a year prior.

On this news, the Company's share price fell $2.51, or 18.36%, to close at $11.16 per share on July 25, 2024, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company had deficiencies in its quality assurance of vehicle models since 2022; (2) that, as a result, the Company was experiencing higher warranty costs; (3) that the Company's warranty reserves did not accurately reflect the quality issues in vehicles sold since 2022; (4) that, as a result, the Company's profitability was reasonably likely to suffer; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Ford securities during the Class Period, you may move the Court no later than **October 7, 2024** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

Glancy Prongay & Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com



NOTE: This content is not written by or endorsed by "WHTM", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to* GlobeNewswire.

**Search by keyword**                                                                    SEARCH

---



Your Local News Source

| | |
|---|---|
| **Harrisburg News** | **Hershey News** |
| **Lebanon PA News** | **York PA News** |
| **Pennsylvania News** | **Your Local Election HQ** |
| **Harrisburg Weather** | **abc27 Sports** |
| **Watch abc27 News** | **NewsNation Now** |
| **Good Day PA** | **PA Lottery Results** |
| **What's Going Around** | **Local News** |
| **Jobs Near Me** | **Traffic** |
| **Pennsylvania School Closings** | **Penn State Football** |

About Our Ads                                        FCC Public File

EEO Report

EEO Policy

Nexstar CC Certification

Children's Programming

**Get News App**

**Get Weather App**

**Stay Connected**

Privacy Policy  06/27/2024

Terms Of Use

FCC Applications

Public File Assistance Contact

Subscribe To Push Notifications

The Hill

NewsNation

BestReviews

Content Licensing

Nexstar Digital

Journalistic Integrity

Sitemap

Do Not Sell or Share My Personal Information

© 1998 - 2024 Nexstar Media Inc. | All Rights Reserved.