# EXHIBIT "J"



# MONDAY INVESTOR DEADLINE: Robbins Geller Rudman & Dowd LLP Announces that Ford Motor Company Investors with Substantial Losses Have Opportunity to Lead Class Action Lawsuit - F

October 03, 2024
11:56 ET

| Source: **Robbins Geller Rudman & Dowd LLP**

**Follow**

SAN DIEGO, Oct. 03, 2024 (GLOBE NEWSWIRE) -- The law firm of **Robbins Geller Rudman & Dowd LLP** announces that the *Ford* class action lawsuit – captioned *Guzman v. Ford Motor Company*, No. 24-cv-12080 (E.D. Mich.) – charges Ford Motor Company (NYSE: F) and certain of Ford's top executives with violations of the Securities Exchange Act of 1934. A subsequently filed case is captioned *Sklodowski v. Ford Motor Company*, No. 24-cv-12492 (E.D. Mich.).

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Ford* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-ford-motor-company-class-acton-lawsuit-f.html**

**You can also contact attorneys J.C. Sanchez or Jennifer N. Caringal of Robbins Geller by calling 800/449-4900 or via e-mail at info@rgrdlaw.com. Lead plaintiff motions for the *Ford* class action lawsuit must be filed with the court no later than this Monday, October 7, 2024.**

**Share**

f
in
⊛
✉
⊞

## Company Profile

**Robbins Geller Rudman & Dowd LLP**

**Industry:** Consumer Services

**Website:** https://www.rgrdlaw.com/

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

vehicles worldwide.

The *Ford* class action lawsuit alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (i) Ford had deficiencies in its quality assurance of vehicle models since 2022; (ii) as a result, Ford was experiencing higher warranty costs; (iii) Ford's warranty reserves did not accurately reflect the quality issues in vehicles sold since 2022; and (iv) as such, Ford's profitability was reasonably likely to suffer.

The *Ford* class action lawsuit further alleges that on July 24, 2024, Ford announced second quarter 2024 financial results, revealing that Ford's "[p]rofitability was affected by an increase in warranty reserves" and "higher warranty costs." As a result, Ford also revised its outlook for full year earnings for its electric vehicle segment to "reflect[] higher warranty costs than originally planned," according to the complaint. Analysts and journalists, including *The Associated Press* and *The Washington Post*, reported that, in the second quarter, warranty and recall costs totaled $2.3 billion, $800 million more than the first quarter and $700 million more than a year prior, according to the complaint. On this news, Ford's share price fell more than 18%, according to the *Ford* class action lawsuit.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased or acquired Ford securities during the Class Period to seek appointment as lead plaintiff in the *Ford* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Ford* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Ford* class action lawsuit. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff of the *Ford* class action lawsuit.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud cases. Our Firm has been #1 in the ISS Securities Class Action Services rankings for six out of the last ten years for securing the most monetary relief for investors. We recovered $6.6 billion for investors in securities-related class action cases – over $2.2 billion more than any other law firm



obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

[https://www.rgrdlaw.com/services-litigation-securities-fraud.html](https://www.rgrdlaw.com/services-litigation-securities-fraud.html)

Attorney advertising.

Past results do not guarantee future outcomes.

Services may be performed by attorneys in any of our offices.

Contact:

Robbins Geller Rudman & Dowd LLP

J.C. Sanchez, Jennifer N. Caringal

655 W. Broadway, Suite 1900, San Diego, CA 92101

800-449-4900

[info@rgrdlaw.com](mailto:info@rgrdlaw.com)

---

**Tags**

Class Action

# Recommended Reading

October 09, 2024 10:55 ET

Source: Robbins Geller
Rudman & Dowd LLP

**INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Announces that Symbotic Inc. Investors with Substantial Losses Have Opportunity to Lead...**

SAN DIEGO, Oct. 09, 2024 (GLOBE NEWSWIRE) -- The law firm of Robbins Geller Rudman & Dowd LLP announces that the Symbotic class action lawsuit – captioned Fox v. Symbotic Inc., No. 24-cv-12090...

October 08, 2024 15:29 ET

Source: Robbins Geller
Rudman & Dowd LLP

**ELAN INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Announces that Elanco Animal Health Incorporated Investors with Substantial Losses...**

SAN DIEGO, Oct. 08, 2024 (GLOBE NEWSWIRE) -- Robbins Geller Rudman & Dowd LLP announces that purchasers or acquirers of Elanco Animal Health Incorporated (NYSE: ELAN) securities between November...



MONDAY INVESTOR DEADLINE: Robbins Geller Rudman & D...





**CBORD Achieves StateRAMP Authorization for Online ...**

October 09, 2024 16:36 ET

**Howard Community College to Host Second Annual 'Fa...**

October 09, 2024 16:25 ET



## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:   in

## Global News

• English

• Français

• Deutsch

## Newswire Distribution Network & Management

• Home

• Newsroom

• RSS Feeds

• Notified

• Legal

• Contact us

• Resources