# EXHIBIT 2

# PIPER | SANDLER

COMPANY NOTE
July 24, 2024

## Ford Motor Company (F) — Neutral

### Lots to Like (Especially Ford Pro), But We Remain Neutral After Q2 Profit Miss

## CONCLUSION

We are reiterating our Neutral rating, following Ford's Q2 earnings call. The stock is indicated lower by ~11% in after-hours trading, due (in our view) to unwelcome *warranty* headwinds. Ford referenced quality problems on vehicles from the *2016* and *2021* model years, and to address these concerns, the company is shouldering a higher-than-expected warranty burden. As a result, EBIT was flat vs. Q1, despite a 12% q/q increase in revenue. We are cutting our 2024 EPS estimate as a result. Ford Pro is a unique asset with recurring revenue and persistently high EBIT margin (>15% again in Q2), but this is balanced against nagging quality issues and losses exceeding $1B/quarter in the Model e (electric vehicle) segment. Our price target is unchanged at $13.

- 2Q24 revenue of $47.8B was largely in-line with consensus estimates

- 2Q24 EBIT of $2.8B missed PSC/consensus estimates of $3.2B/$3.7B

- Adjusted EPS of $0.47 missed PSC/consensus estimates of $0.57/$0.68

- FY24 EBIT guidance of $10B-$12B was unchanged...

- ...but after Q1, the high end of the range seemed doable; now, we're less certain

- It's not a demand problem: freshened products are driving robust pricing and revenue

- Our revenue estimates for 2024/2025 are actually moving slightly higher...

- ...but due to lower margins and warranty spending, we're cutting our EPS estimates

- All else equal, these estimate revisions have a negative impact on our price target

- However, we use DCF to value Ford, and 2024 cash flow guidance was boosted by $1B

- In sum, these modeling changes result in a price target of $13/share (unchanged)

- We still assign $10/share to the auto business, using DCF (WACC flat at 11%)

- We also still value the "FinCo" at $3/share, based on 1x book value

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Labor disputes, supply chain bottlenecks, volatile raw material prices, competition in China & Europe, margin degradation due to the EV transition, high interest rates, trade wars

## COMPANY DESCRIPTION

Ford is a top North American automaker, with a strong presence in trucks, SUVs, and vans

---

**PRICE: US$13.67**
**TARGET: US$13.00**

Our 12-month price target is based on a 20-year DCF for the automotive business ($10/share), plus 1x book value for Ford Credit ($3/share), and a WACC of 11% for the automotive segment DCF.

**Alexander Potter**
Sr Research Analyst, Piper Sandler & Co.
612 303-6709, alexander.potter@psc.com

**Ben Johnson**
Research Analyst, Piper Sandler & Co.
612 303-6212, ben.johnson@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Neutral |
| Price Tgt | — | US$13.00 |
| FY24E Rev (mil) | US$178,697 | US$179,013 |
| FY25E Rev (mil) | US$174,156 | US$174,643 |
| FY24E EPS | US$2.04 | US$1.94 |
| FY25E EPS | US$1.66 | US$1.67 |

| | |
|---|---|
| 52-Week High / Low | US$14.85 / US$9.63 |
| Shares Out (mil) | 4,022.0 |
| Market Cap. (mil) | US$54,980.7 |
| Total Assets ($mil) | 276,586 |
| Avg Daily Vol (000) | 49,291 |
| Div Yield | 0.00% |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

---

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2023A | 41,474.0 | 44,954.0 | 43,801.0 | 45,962.0 | 176,191 | 0.3x | 0.63 | 0.72 | 0.39 | 0.29 | 2.03 | 6.7x |
| 2024E | 42,777.0A | 47,808.0A | 43,919.0 | 44,509.0 | 179,013 | 0.3x | 0.49A | 0.47A | 0.52 | 0.46 | 1.94 | 7.0x |
| 2025E | 41,804.0 | 46,592.0 | 42,847.0 | 43,400.0 | 174,643 | 0.3x | 0.39 | 0.43 | 0.45 | 0.40 | 1.67 | 8.2x |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 4 - 5 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.