# EXHIBIT 3

**REFINITIV STREETEVENTS**

# EDITED TRANSCRIPT

**Q2 2024 FORD MOTOR CO EARNINGS CALL**

EVENT DATE/TIME: July 24, 2024 / 9:00PM UTC





An LSEG Business

**Ryan Brinkman** *J.P. Morgan Securities LLC - Analyst*

Hi, Ryan Brinkman from JPMorgan. Thanks for squeezing me. Wanted to ask on the warranty performance that led to the higher cost. I remember a similar issue with higher warranty expense back in 2022, which you then tied to, I think, a transmission installed on vehicles some years prior, while noting that the quality in vehicles built recently had improved. So I know you're prioritizing initial launch quality, including with the F-150 you discussed at length last quarter.

But really, any color you could share would be helpful, such as whether the higher warranty provision this quarter relates to a discrete issue like in 2022 or maybe you could share what age cohort of vehicles is driving the higher cost this quarter. And then with that new provision, do you think you've got a better handle now on what future costs could be and the provision in future quarters -- it could normalize lower as soon as next quarter? Or how would you rate the potential for quality performance in older vehicles to maybe surprise negatively again?

**John Lawler** *Ford Motor Co - Vice President & Chief Financial Officer*

Yeah, Ryan. That's part of the issue, is these are issues that are popping up in the field on these older models. The largest one coming through is on a rear axle bolt for vehicles that were engineered for the 2021 model year was when they were introduced. And if these things come through at a higher time in service, we're made aware of them. We need to take care of our customers; we go out to fix them.

And we have several of those types of things popping up on our older models. We got a failed oil pump issue that's popping up on 2016 launched vehicles. And so it's clear that we had a period of time where the robustness wasn't what it needed to be, and that's showing up. And it is hard to predict on some of these units that have been out in the field for quite a while that one of these issues is going to show up with these longer-term durability and quality issues, but we need to work through that.

And we do believe that, overall, as we improve our near-term quality and that starts to show up in the field, that will allow us to -- based on the rules that we have around how we do our accruals -- bring down that overall accrual level so these types of issues, if they pop up will have less of an impact overall, because our run rate on quality will be improving.

**Ryan Brinkman** *J.P. Morgan Securities LLC - Analyst*

Okay, thanks. Maybe just a follow-up on how your comments there might relate to what Jim was saying earlier about Ford controlling the software stack from bumper to bumper, from all the over-the-air update capabilities. What do these new capabilities mean for your ability to troubleshoot or prevent warranty issues in the future?

**John Lawler** *Ford Motor Co - Vice President & Chief Financial Officer*

Those are critical, because when you look at some of these things that have been out in the field for a while that have failed, they cross over -- let's say, they were launched in a '16 model year. It was the first year it was done. So it was designed and engineered in '13, '14, '15, launched in '16. And it's been out there for quite a few years.

With the connected vehicle and having the digital electrical architecture and us controlling the software across all of the operating domains, we would be able to get signals off the vehicle early to tell us whether or not we're having an issue in certain components. And if we understand that early, we can understand the cause of that, and then we can go out and minimize, reduce -- get out there earlier and reduce the number of vehicles that are impacted and actually either do an over-the-air update if we can fix it that way or do a preventative maintenance type program for folks, which will be much cheaper than a field service action recall where you're replacing components and modules, etc.

So there's a lot of advantages through that connected data that we'll be able to run through the warranty system. That's more on the physical side. On the software side, we'll be able to understand when things are an issue much earlier, and we'll be able to fix them through over-the-air updates, which will be a much lower cost as we move forward.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

